# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: Ace Motor Acceptance Corporation ) | Case No.: 18-30426 |
| ) | Chapter: 11 |
| Debtor. ) | |
| _____ ) | |
| Ace Motor Acceptance Corporation ) | Adversary Proceeding No. 18-3036 |
| Plaintiff(s) ) | |
| vs. ) | |
| McCoy Motors, LLC ) | |
| McCoy Motors, LLC dba Ride Fast ) | |
| Robert McCoy, Jr. ) | |
| Misty McCoy ) | |
| Defendant(s) ) | |

FILED
U.S. Bankruptcy Court
of NC

JUL 18 2018

Steven T. Salata, Clerk
Charlotte Division
CAS

## ACKNOWLEDGMENT OF DISPOSAL OF EXHIBITS

The undersigned hereby acknowledges that the exhibits referenced on the attached Exhibit List were disposed of in the following manner:

[ ]   Exhibits were disposed of by the undersigned on _____, after expiration of the 30-day notice period, confirmation of service of the Notice of Intention to Dispose of Exhibits upon the proper parties, and consultation with the Chief Deputy Clerk.

[ X ]   Exhibits were retrieved on 7-18-18 by the undersigned. The retrieving party understands and agrees that it is the responsibility of the retrieving attorney and/or law firm to maintain the referenced exhibits for purposes of appeal

Dated: 7-18-18

By: _____
Retrieving Party

U.S. BANKRUPTCY COURT

By: _____
Deputy Clerk

# EXHIBIT RECORD

| Date: 07/18/2018 | Courtroom Deputy: C. Sanders | | |
|---|---|---|---|
| Case Name(s): Ace Motor v. McCoy Motors, LLC | | | |
| Case Numbers(s): 18-3036 | | | |
| Attorney for Defendant: Kristen Lang | | | |
| Attorney for Creditor: Jim Henderson | | | |
| Number | Description | ID | ADM |
| ii | Emails from Kristen Lang | X | X |
| | June 25 Order | X | Judicial Notice |
| A | Complaint filed 06/18 | X | X |
| B | Agreement for Line of Credit; vehicle floor plan | X | X |
| C | Contract Servicing Agreement | X | X |
| Z | Retail Installment Contract | X | X |
| Defendant H | SC Certificate of Title – Chrysler 300 | X | X |
| W | Gap Cancellation | X | X |
| D | Purchasing Performance Agreement Addendum | X | X |
| G | SC UCC Filing | X | X |
| Y | Dealer Reports | X | X |
| BB | Buyout Quote of Portfolio | X | X |
| K | Notice of Default – 05/16/2018 Demand of Payment | X | X |
| L | Notice of Default – 6/5/2018 Demand of Payment | X | X |
| M | Letter to Robert McCoy dated 06/08 | X | X |
| N | Letter to Misty McCoy dated 06/08 | X | X |
| Defendant F | Advertisement by Ace re BHPB | X | X |
| R | Exhibit D of Complaint – Carco insurance | X | X |
| Defendant i | Advertisement BHPB in a Box | X | X |
| RM1 | Email from AMAC to Milestone re: Contacts | X | X |
| F | List of Motor Vehicles | X | X |
| H | NC UCC Filing | X | X |
| X | Letter from AMAC to Customer 05/30/2018 | X | X |
| DD | Weekly Statement summary | X | X |
| GG | Email from McCoy to Henderson/Badger | X | |
| | UCC – NC Statute | X | |
| | Section of SC Motor Vehicle Code | X | |

FILED
U.S. Bankruptcy Court
of NC
JUL 18 2018
Steven T. Salata, Clerk
Charlotte Division
CAS

| RM2 | Email from Rachel Pillar to McCoy | X | X |
|---|---|---|---|
| Location: Clt | | | |