

**Phone Conversations**
**Rob McCoy**   to: Phillip Fajgenbaum                                    08/02/2018 02:24 PM
Cc: henderson, jmiller, kharmonlang, mmartinez, rwright, Shelley Abel

From: Rob McCoy <robmccoy@comporium.net>
To: Phillip Fajgenbaum <Phillip_Fajgenbaum@ncwb.uscourts.gov>
Cc: henderson <henderson@title11.com>, jmiller <jmiller@rcdlaw.net>, kharmonlang <kharmonlang@gmail.com>, mmartinez <mmartinez@grierlaw.com>, rwright <rwright@mwhattorneys.com>, Shelley Abel <shelley_abel@ncwba.uscourts.gov>

We are being called by numerous customers that they are having the same type of conversations recorded below. We are being told Ace is telling customers to voluntary repo the vehicle and they will sell them another vehicle with lower payments. The 2nd video attached below to me confirms this type of behavior. Again, why I have asked for a trustee. My speculation is they will use Russ' sons car lot and Related finance company which he had a UCC lien filing against until the day he filed Chapter 11 for Ace on that very same day he released that UCC.

I know this may be inappropriate but this has seriously gotten out of hand because of a Debtor in Possession. I will say these videos were made before the judge issued either order, but it shows a pattern of behavior.

Watch 1st
https://youtu.be/Ud3Q8FgAe9E
Watch 2nd
https://youtu.be/KRsXZe1XlfE
Thanks
Rob McCoy