FILED
U.S. BANKRUPTCY COURT, WDNC

AUG - 2 2018

Steven T. Salata, Clerk
Charlotte Division
08/02/2018 04:07 PM



**Phone Call from York County Sheriff's Dept**
Rob McCoy   to: Phillip Fajgenbaum

From:   Rob McCoy <robmccoy@comporium.net>
To:     Phillip Fajgenbaum <Phillip_Fajgenbaum@ncwb.uscourts.gov>
History: This message has been replied to.

Phillip, I just received a phone call from the York County Sheriff's Department that Robin Milestone called a Sgt. and said I lost a Bankruptcy case and Ace wanted their assistance to come take every vehicle off my lot (this is vehicles that in no way involve Ace and have liens with other companies, this could even possibly be peoples personal cars as they would have no way to know). The Sgt told me he told Mr. Milestone he wasn't getting involved, but my guess is Ace will be here tonight.

You are the only person I am sending this too as I hate to bother the court, but this has gotten out of hand.

I just don't know where else to turn.

The Sgt.'s number is 803-280-6229

Thanks
Rob McCoy
803-577-9779