

**Fw: 3:18-ap-03036 Motion for Jury Trail and Civil Contempt**
Tara Salmons   to: Tara Salmons                                        09/25/2018 09:53 AM

| | |
|---|---|
| From: | Tara Salmons/NCWB/04/USCOURTS |
| To: | Tara Salmons/NCWB/04/USCOURTS@USCOURTS |

| | |
|---|---|
| From: | Rob McCoy <robmccoy@comporium.net> |
| To: | Phillip Fajgenbaum <Phillip_Fajgenbaum@ncwb.uscourts.gov> |
| Cc: | henderson <henderson@title11.com>, jmiller <jmiller@rcdlaw.net>, kharmonlang <kharmonlang@gmail.com>, mmartinez <mmartinez@grierlaw.com>, rwright <rwright@mwhattorneys.com>, Shelley Abel <Shelley_Abel@ncwba.uscourts.gov> |
| Date: | 09/24/2018 05:07 PM |
| Subject: | 3:18-ap-03036  Motion for Jury Trail and Civil Contempt |

3:18-ap-03036  Motion for Jury Trail and Civil Contempt

Phillip, please enter as a motion for Jury Trial and Civil Contempt of Ace Motor Acceptance Corporation and Attorney James Henderson.

Rob McCoy
803-577-9779 cell



ACE.McCoy.9.24.18.docx