# EXHIBIT RECORD

SEP 26 2018

Steven T. Salata, Clerk
Charlotte Division
KRT

| Date: September 26, 2018 | Courtroom Deputy: Kim Towery | | |
|---|---|---|---|
| Case Name(s): Ace Motor Acceptance Corp. vs. McCoy Motors, LLC et al | | | |
| Case Numbers(s): 18-3036 | | | |
| Attorney for Plaintiff: James Henderson | | | |
| Attorney for Defendant: Kristin Lang | | | |
| Number | Description | ID | ADM |
| Pro Se Defendant Robert McCoy's Exhibit A | Photos of Mr. Robert McCoy after ATV accident and note from the doctor | x | x |
| Plaintiff's Exhibit P | Doctor's note | x | x |
| Plaintiff's Exhibit Q | Email dated 8/28/18 from Ms. Lang to Mr. Henderson | x | x |
| Plaintiff's Exhibit 25A | Exhibit A to docket entry 25 | x | x |
| Plaintiff's Exhibit 25B | Exhibit B to docket entry 25 | x | x |
| Plaintiff's Exhibit 32B | Email dated 7/11/18 from Mr. Milestone to all parties in case | x | x |
| Plaintiff's Exhibit 32C | Forwarded email (from Rachel Pillar) from Russ Algood to James Henderson | x | x |
| Plaintiff's Exhibit 32E | Email dated 8/2/18 from Russ Algood re: Ace Motor Acceptance escrow account | x | x |
| Plaintiff's Exhibit 32F | Email dated 8/2/18 from Rob McCoy re: No Trespass | x | x |
| Plaintiff's Exhibit 32G | Photos of entrance to lot on Flint Hill Rd. with car and chain blocking entrance; Highway 51 entrance with limousine blocking entrance | x | x |
| Plaintiff's Exhibit 32H | Email 8/3/18 from Robin Milestone to Rob McCoy re: Cease and Desist | x | x |
| Plaintiff's Exhibit 32I | Email chain between Rob McCoy, Steven Everling, and Robin Milestone | x | x |
| Plaintiff's Exhibit 32J | Complaint filed with Department of Justice by Rob McCoy against Ace Motor Acceptance | x | x |
| Plaintiff's Exhibit 32K | Email dated 8/11/18 from Ms. Lang to Mr. Henderson re: account statement concerning escrow account | x | x |
| Plaintiff's Exhibit 32L | Breakdown of customer payments posted by McCoy Motors (prepared by Robin Milestone) | x | x |
| Plaintiff's Exhibit 32M | Email dated 8/23/2018 from Robin Milestone re: repossession of vehicle | x | x |
| Plaintiff's Exhibit 32N | Document titled Review of McCoy Motors Compliance prepared by Robin | x | x |

|  | Milestone |  |  |
|---|---|---|---|
| Plaintiff's Exhibit R | Photos of Ride Fast and Lancaster showing sign stating under new management and empty parking lot; photo showing Fort Mill lot with vehicles removed and McCoy Motors signed removed; new sign Flash Motors at Fort Mill location | x | x |
| Plaintiff's Exhibit S | Email dated 9/10/2018 from Robin Milestone to all parties addressing various issues | x | x |
| Plaintiff's Exhibit T | Email dated 9/10/18 from Robin Milestone to Robert McCoy re: AMAC-McCoy Motors Follow up | x | x |
| Plaintiff's Exhibit U | Secretary of State's record of registered agent of McCoy Motors | X | X |
| Plaintiff's Exhibit V | Secretary of State's record of registered agent of Flash Auto LLC | X | X |
| Plaintiff's Exhibit W | Email from Rob McCoy to Mr. Henderson re: subpoenas, document production | X | X |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Location: Charlotte |  |  |  |