# Defense Exhibit 1

# Report emailed to Robing Milestone on ACE/ McCoy Customers Payments with addresses

# Emailed August 1st, 2018

FILED
U.S. Bankruptcy Court
of NC

NOV - 2 2018

Steven T. Salata, Clerk
Charlotte Division

# Ace Motor

[Tran Post Date = Last Month to Date] [Primary Loan Total Collected > 0] [Institution ID in 105753]
[Portfolio ID in 105512,100348] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

*McCoy Motors LLC*

Timezone:
Print Date:
Data Date:
Page: 1 of

| Customer Name | Tran Post Date | Tran Code Desc | Total Collected | Tran Form | Portfolio Name | Tran Portfolio Name |
|---|---|---|---|---|---|---|
| JAMES BROWN | 07/19/2018 | Payment | $238.50 | Debit Card | AMAC | Ace Motor Acceptance |
| JAMES BROWN | 07/27/2018 | Payment | $238.50 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/06/2018 | Payment | $188.24 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/20/2018 | Payment | $29.23 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/20/2018 | Payment | $159.01 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 08/06/2018 | Payment | $188.24 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/05/2018 | Payment | $300.00 | Debit Card | AMAC | McCoy Motors LLC |
| BERNARD DENNIS | 07/14/2018 | Payment | $100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/19/2018 | Payment | $10.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/19/2018 | Payment | $182.76 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/27/2018 | Payment | $296.38 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/27/2018 | Payment | $100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/28/2018 | Payment | $200.00 | Cash | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/06/2018 | Payment | $103.79 | Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/13/2018 | Payment | $103.79 | Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/20/2018 | Payment | $103.79 | Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/27/2018 | Payment | $238.37 | Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/13/2018 | Payment | $238.37 | Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/27/2018 | Payment | $238.37 | Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/06/2018 | Payment | $105.00 | Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/13/2018 | Payment | $105.00 | Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/19/2018 | Payment | $105.00 | Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/26/2018 | Payment | $105.00 | Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/27/2018 | Payment | $97.25 | Debit Card | AMAC | Ace Motor Acceptance |
| ALMA GARCIA | 07/06/2018 | Payment | $248.84 | Debit Card | AMAC | Ace Motor Acceptance |
| ALMA GARCIA | 07/20/2018 | Payment | $248.84 | Debit Card | AMAC | Ace Motor Acceptance |
| JOHN GREGORY | 07/09/2018 | Payment | $237.62 | Debit Card | AMAC | Ace Motor Acceptance |
| JOHN GREGORY | 07/25/2018 | Payment | $237.62 | Debit Card | AMAC | Ace Motor Acceptance |
| TAMMY HESTER- | 07/05/2018 | Payment | $249.94 | Debit Card | AMAC | Ace Motor Acceptance |
| TAMMY HESTER- | 07/17/2018 | Payment | $283.19 | Debit Card | AMAC | Ace Motor Acceptance |
| TAMMY HESTER- | 07/27/2018 | Payment | $238.04 | Debit Card | AMAC | Ace Motor Acceptance |
| PAUL HUFF | 07/12/2018 | Payment | $395.25 | Debit Card | AMAC | Ace Motor Acceptance |

McCoy Motors LLC

# Ace Motor

[Tran Post Date = Last Month to Date] (Primary Loan Total Collected = 0] [Institution ID in 105753]
[Portfolio ID in 10512,10048] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

| Name | Date | Type | Amount | Method | | Company |
|---|---|---|---|---|---|---|
| MEGAN JACKSON | 07/06/2018 | Payment | $238.39 | Debit Card | AMAC | Ace Motor Acceptance |
| MEGAN JACKSON | 07/20/2018 | Payment | $238.39 | Debit Card | AMAC | Ace Motor Acceptance |
| MEGAN JACKSON | 08/06/2018 | Payment | $238.39 | Debit Card | AMAC | McCoy Motors LLC |
| PATRICE JONES | 07/14/2018 | Payment | $238.34 | Debit Card | AMAC | McCoy Motors LLC |
| PATRICE JONES | 07/27/2018 | Payment | $238.34 | Debit Card | AMAC | Ace Motor Acceptance |
| ZARON LANEY | 07/06/2018 | Payment | $100.00 | Cash | AMAC | Ace Motor Acceptance |
| ZARON LANEY | 07/06/2018 | Payment | $360.12 | Debit Card | AMAC | Ace Motor Acceptance |
| ZARON LANEY | 07/20/2018 | Payment | $238.19 | Debit Card | AMAC | Ace Motor Acceptance |
| AMBER LOCKLEAR | 07/13/2018 | Payment | $170.98 | Debit Card | AMAC | Ace Motor Acceptance |
| AMBER LOCKLEAR | 07/27/2018 | Payment | $171.00 | Cash | AMAC | Ace Motor Acceptance |
| ANTHONY MOORE | 07/03/2018 | Payment | $238.48 | Debit Card | AMAC | Ace Motor Acceptance |
| ANTHONY MOORE | 07/20/2018 | Payment | $238.48 | Debit Card | AMAC | Ace Motor Acceptance |
| DARRIAN PERRY | 07/02/2018 | Payment | $30.00 | Cash | AMAC | Ace Motor Acceptance |
| DARRIAN PERRY | 07/13/2018 | Payment | $169.62 | Debit Card | AMAC | Ace Motor Acceptance |
| DARRIAN PERRY | 07/27/2018 | Payment | $199.62 | Debit Card | AMAC | Ace Motor Acceptance |
| DALE RAMIREZ | 07/13/2018 | Payment | $238.65 | Debit Card | AMAC | Ace Motor Acceptance |
| DALE RAMIREZ | 07/27/2018 | Payment | $238.65 | Debit Card | AMAC | Ace Motor Acceptance |
| LACY RIGGINS | 07/20/2018 | Payment | $198.56 | Debit Card | AMAC | Ace Motor Acceptance |
| LACY RIGGINS | 07/20/2018 | Payment | $200.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JUSTIN ROBERTSON | 07/13/2018 | Payment | $200.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JUSTIN ROBERTSON | 07/19/2018 | Payment | $200.00 | Cash | AMAC | Ace Motor Acceptance |
| AUSTIN ROBERTSON | 07/19/2018 | Payment | $200.00 | Cash | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/11/2018 | Payment | $100.26 | Debit Card | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/11/2018 | Payment | $100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/11/2018 | Payment | $50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/30/2018 | Payment | $460.00 | Debit Card | AMAC | Ace Motor Acceptance |
| GLORIA STEVENS | 07/06/2018 | Payment | $8.60 | Debit Card | AMAC | Ace Motor Acceptance |
| STEPHONE VALADEZ | 07/10/2018 | Payment | $328.97 | Debit Card | AMAC | Ace Motor Acceptance |
| STEPHONE VALADEZ | 07/24/2018 | Payment | $237.54 | Debit Card | AMAC | Ace Motor Acceptance |
| LATASHA WALLACE | 07/09/2018 | Payment | $210.00 | Cash | AMAC | Ace Motor Acceptance |
| LATASHA WALLACE | 07/19/2018 | Payment | $207.96 | Debit Card | AMAC | Ace Motor Acceptance |
| SALINA WEBB | 07/06/2018 | Payment | $254.97 | Debit Card | AMAC | Ace Motor Acceptance |
| SALINA WEBB | 07/20/2018 | Payment | $254.97 | Debit Card | AMAC | Ace Motor Acceptance |

# Ace Motor

[Tran Post Date = Last Month to Date] (Primary Loan Total Collected > 0] (Institution ID in 105753]
[Portfolio ID in 10512,10048] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

*McCoy Motors LLC*

| Name | Date | Type | Amount | | |
|---|---|---|---|---|---|
| RANDY WHIPPLE | 07/12/2018 | Payment | $439.00 Debit Card | AMAC | Ace Motor Acceptance |
| RANDY WHIPPLE | 07/27/2018 | Payment | $239.00 Debit Card | AMAC | Ace Motor Acceptance |
| RANDY WHIPPLE | 07/27/2018 | Payment | $24.81 Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA CHAMBERS | 07/05/2018 | Payment | $186.40 Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA CHAMBERS | 07/19/2018 | Payment | $238.90 Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA CHAMBERS | 07/20/2018 | Payment | $227.52 Debit Card | AMAC | Ace Motor Acceptance |
| JASMINE COUSAR | 07/06/2018 | Payment | $260.00 Debit Card | AMAC | Ace Motor Acceptance |
| JASMINE COUSAR | 07/20/2018 | Payment | $240.00 Debit Card | AMAC | Ace Motor Acceptance |
| JASMINE COUSAR | 07/21/2018 | Payment | $138.86 Debit Card | AMAC | Ace Motor Acceptance |
| JEFFERY | 07/06/2018 | Payment | $208.78 Debit Card | AMAC | Ace Motor Acceptance |
| JEFFERY | 07/27/2018 | Payment | $208.78 Debit Card | AMAC | Ace Motor Acceptance |
| ASHIA HAGGINS | 07/07/2018 | Payment | $228.26 Debit Card | AMAC | Ace Motor Acceptance |
| ASHIA HAGGINS | 07/20/2018 | Payment | $228.26 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY HALLEY | 07/06/2018 | Payment | $208.14 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY HALLEY | 07/20/2018 | Payment | $208.14 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY HALLEY | 07/24/2018 | Payment | $208.14 Debit Card | AMAC | Ace Motor Acceptance |
| FRANCES HARSEY | 07/03/2018 | Payment | $348.66 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/10/2018 | Payment | $300.00 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/13/2018 | Payment | $249.94 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/27/2018 | Payment | $238.08 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/27/2018 | Payment | $238.08 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/27/2018 | Payment | $11.90 Debit Card | AMAC | Ace Motor Acceptance |
| JULIAN KELLY | 07/26/2018 | Payment | $485.87 Debit Card | AMAC | Ace Motor Acceptance |
| ANDREA SCHRADER | 07/06/2018 | Payment | $202.58 Debit Card | AMAC | Ace Motor Acceptance |
| ANDREA SCHRADER | 07/20/2018 | Payment | $202.58 Debit Card | AMAC | Ace Motor Acceptance |
| ANDREA SCHRADER | 08/06/2018 | Payment | $202.52 Debit Card | AMAC | Ace Motor Acceptance |
| JIMMY SELLERS | 07/05/2018 | Payment | $228.14 Debit Card | AMAC | McCoy Motors LLC |
| JIMMY SELLERS | 07/19/2018 | Payment | $228.14 Debit Card | AMAC | Ace Motor Acceptance |
| JOSEPH STRAIN | 07/11/2018 | Payment | $160.00 Debit Card | AMAC | Ace Motor Acceptance |
| JOSEPH STRAIN | 07/25/2018 | Payment | $168.00 Debit Card | AMAC | Ace Motor Acceptance |
| JOSEPH STRAIN | 07/26/2018 | Payment | $84.29 Debit Card | AMAC | Ace Motor Acceptance |
| SHARIKA THORNWELL | 07/12/2018 | Payment | $199.41 Debit Card | AMAC | Ace Motor Acceptance |
| VOEUN VOEUTH | 07/13/2018 | Payment | $238.88 Debit Card | AMAC | Ace Motor Acceptance |
| VOEUN VOEUTH | 07/26/2018 | Payment | $238.88 Debit Card | AMAC | Ace Motor Acceptance |

20,487.88

Ace Motor

[Tran Post Date = Last Month to Date] [Primary Loan Total Collected > 0] [Institution ID in 1057/53]
[Portfolio ID in: 10512,10048] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

McCoy Motors LLC

| Name | Date | Type | Amount | Institution | Source |
|---|---|---|---|---|---|
| MEAGAN EARNEY | 07/13/2018 | Payment | $203.02 Debit Card | AMAC | Ace Motor Acceptance |
| MEAGAN EARNEY | 07/19/2018 | Payment | $203.02 Cash | AMAC | Ace Motor Acceptance |
| MEAGAN EARNEY | 07/19/2018 | Payment | $203.02 Cash | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/02/2018 | Payment | $287.91 Debit Card | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/06/2018 | Payment | $287.91 Debit Card | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/13/2018 | Payment | $248.20 Debit Card | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/27/2018 | Payment | $239.34 Debit Card | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/27/2018 | Payment | $48.57 Debit Card | AMAC | Ace Motor Acceptance |
| ANGELA MACKEY | 07/13/2018 | Payment | $237.28 Debit Card | AMAC | Ace Motor Acceptance |
| ANGELA MACKEY | 07/27/2018 | Payment | $237.28 Debit Card | AMAC | Ace Motor Acceptance |
| SANDY MCALLISTER | 07/05/2018 | Payment | $247.76 Debit Card | AMAC | Ace Motor Acceptance |
| SANDY MCALLISTER | 07/18/2018 | Payment | $247.76 Debit Card | AMAC | Ace Motor Acceptance |
| DENNIS BLAIR | 07/13/2018 | Payment | $248.64 Debit Card | AMAC | Ace Motor Acceptance |
| DENNIS BLAIR | 07/27/2018 | Payment | $248.64 Debit Card | AMAC | Ace Motor Acceptance |
| KEITH HARMON | 07/06/2018 | Payment | $237.43 Debit Card | AMAC | Ace Motor Acceptance |
| KEITH HARMON | 07/20/2018 | Payment | $237.43 Debit Card | AMAC | Ace Motor Acceptance |
| ROBYN POTTS | 07/05/2018 | Payment | $228.87 Debit Card | AMAC | Ace Motor Acceptance |
| ROBYN POTTS | 07/19/2018 | Payment | $228.87 Debit Card | AMAC | Ace Motor Acceptance |
| ROBYN POTTS | 08/06/2018 | Payment | $228.87 Debit Card | AMAC | Ace Motor Acceptance |
| KIMBERLY JOHNSON | 07/13/2018 | Payment | $208.41 Debit Card | AMAC | McCoy Motors LLC |
| LATONYA HICKS | 07/06/2018 | Payment | $236.83 Debit Card | AMAC | Ace Motor Acceptance |
| LATONYA HICKS | 07/19/2018 | Payment | $236.83 Debit Card | AMAC | Ace Motor Acceptance |
| JESSICA EVANS | 07/20/2018 | Payment | $236.83 Debit Card | AMAC | Ace Motor Acceptance |
| JESSICA EVANS | 07/06/2018 | Payment | $237.53 Debit Card | AMAC | Ace Motor Acceptance |
| ANTONIO ROLLINS | 07/20/2018 | Payment | $237.53 Debit Card | AMAC | Ace Motor Acceptance |
| ANTONIO ROLLINS | 07/13/2018 | Payment | $235.19 Debit Card | AMAC | Ace Motor Acceptance |
| BRYTARIAN | 07/19/2018 | Payment | $237.60 Debit Card | AMAC | Ace Motor Acceptance |
| BRYTARIAN | 07/13/2018 | Payment | $119.00 Debit Card | AMAC | Ace Motor Acceptance |
| BRYTARIAN | 07/05/2018 | Payment | $237.93 Debit Card | AMAC | Ace Motor Acceptance |
| ANGELA MOBLEY | 07/12/2018 | Payment | $440.00 Cash | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 07/05/2018 | Payment | $237.97 Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 07/19/2018 | Payment | $10.00 Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 07/19/2018 | Payment | $50.00 Debit Card | AMAC | Ace Motor Acceptance |

# Ace Motor

[Tran Post Date = Last Month to Date] [Primary Loan Total Collected > 0] [Institution ID in 105753]
[Portfolio ID in 10512;10048] [Tran Code Desc in 'Def Down Payment';'Payment';'Payment']

McCoy Motors LLC

Timezone:
Print Date:
Data Date:
Page 1 of

| Name | Date | Type | Amount | Method | Entity |
|---|---|---|---|---|---|
| BRITTANY MOORE | 07/19/2018 | Payment | $50.00 | Debit Card | Ace Motor Acceptance |
| BRITTANY MOORE | 07/19/2018 | Payment | $177.97 | Debit Card | Ace Motor Acceptance |
| JOVON BERRY | 07/13/2018 | Payment | $305.43 | Debit Card | Ace Motor Acceptance |
| PATRICIA BROWN | 07/13/2018 | Payment | $240.00 | Cash | Ace Motor Acceptance |
| TIMOTHY BYERS | 07/12/2018 | Payment | $250.13 | Debit Card | Ace Motor Acceptance |
| TIMOTHY BYERS | 07/19/2018 | Payment | $238.22 | Debit Card | Ace Motor Acceptance |
| TIMOTHY BYERS | 07/19/2018 | Payment | $238.22 | Debit Card | Ace Motor Acceptance |
| WILLIAM CLYBURN | 07/12/2018 | Payment | $250.03 | Debit Card | Ace Motor Acceptance |
| WILLIAM CLYBURN | 07/26/2018 | Payment | $250.03 | Debit Card | Ace Motor Acceptance |
| REGGIE ERVIN | 07/11/2018 | Payment | $149.95 | Debit Card | Ace Motor Acceptance |
| REGGIE ERVIN | 07/11/2018 | Payment | $100.00 | Debit Card | Ace Motor Acceptance |
| REGGIE ERVIN | 07/12/2018 | Payment | $249.95 | Debit Card | Ace Motor Acceptance |
| APRIL GOMEZ | 07/06/2018 | Payment | $200.00 | Money Order | Ace Motor Acceptance |
| APRIL GOMEZ | 07/18/2018 | Payment | $238.69 | Debit Card | Ace Motor Acceptance |
| APRIL GOMEZ | 08/08/2018 | Payment | $243.00 | Debit Card | Ace Motor Acceptance |
| VICKIE GROLL | 07/06/2018 | Payment | $228.37 | Debit Card | Ace Motor Acceptance |
| VICKIE GROLL | 07/20/2018 | Payment | $228.37 | Debit Card | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $50.00 | Debit Card | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $100.00 | Debit Card | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/11/2018 | Payment | $50.00 | Debit Card | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $30.80 | Debit Card | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $50.00 | Debit Card | Ace Motor Acceptance |
| RICHARD LOGAN | 07/20/2018 | Payment | $228.78 | Debit Card | Ace Motor Acceptance |
| RICHARD LOGAN | 07/06/2018 | Payment | $247.94 | Debit Card | Ace Motor Acceptance |
| RICHARD LOGAN | 07/20/2018 | Payment | $247.94 | Debit Card | Ace Motor Acceptance |
| A BREONA | 07/02/2018 | Payment | $237.70 | Debit Card | Ace Motor Acceptance |
| A BREONA | 07/05/2018 | Payment | $11.89 | Debit Card | Ace Motor Acceptance |
| A BREONA | 07/19/2018 | Payment | $237.70 | Debit Card | Ace Motor Acceptance |
| A BREONA | 07/20/2018 | Payment | $249.59 | Debit Card | Ace Motor Acceptance |
| KEVIN McDUFFIE | 07/03/2018 | Payment | $238.35 | Debit Card | Ace Motor Acceptance |
| KEVIN McDUFFIE | 07/03/2018 | Payment | $100.00 | Cash | McCoy Motors LLC |
| KEVIN McDUFFIE | 07/18/2018 | Payment | $138.35 | Debit Card | Ace Motor Acceptance |
| JONII MORINGS | 07/13/2018 | Payment | $50.00 | Debit Card | Ace Motor Acceptance |
| JONII MORINGS | 07/13/2018 | Payment | $50.00 | Debit Card | Ace Motor Acceptance |

# Ace Motor

[Tran Post Date = Last Month to Date] (Primary [Loan Total Collected > 0] (Institution ID in 106753)
[Portfolio ID in 10512,10048] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

*McCoy Motors LLC*

| Name | Date | Type | Amount | Institution | |
|---|---|---|---|---|---|
| JONII MORINGS | 07/20/2018 | Payment | $20.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS | 07/20/2018 | Payment | $20.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS | 07/20/2018 | Payment | $50.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS | 07/20/2018 | Payment | $50.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS | 07/20/2018 | Payment | $100.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS | 07/27/2018 | Payment | $275.22 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS | 07/27/2018 | Payment | $238.32 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS | 07/27/2018 | Payment | $13.00 Debit Card | AMAC | Ace Motor Acceptance |
| JOHN CLINTON | 07/24/2018 | Payment | $260.30 Debit Card | AMAC | Ace Motor Acceptance |
| JOHN CLINTON | 07/09/2018 | Payment | $237.00 Debit Card | AMAC | Ace Motor Acceptance |
| YVONDA CZELUSNIAK | 07/11/2018 | Payment | $162.04 Debit Card | AMAC | Ace Motor Acceptance |
| YVONDA CZELUSNIAK | 07/11/2018 | Payment | $100.00 Debit Card | AMAC | Ace Motor Acceptance |
| YVONDA CZELUSNIAK | 07/11/2018 | Payment | $100.00 Debit Card | AMAC | Ace Motor Acceptance |
| SIERRA WALTON | 07/03/2018 | Payment | $179.52 Debit Card | AMAC | Ace Motor Acceptance |
| SIERRA WALTON | 07/03/2018 | Payment | $11.89 Debit Card | AMAC | Ace Motor Acceptance |
| NATALIE TAYLOR | 07/28/2018 | Payment | $237.85 Debit Card | AMAC | Ace Motor Acceptance |
| NATALIE TAYLOR | 07/28/2018 | Payment | $50.00 Debit Card | AMAC | Ace Motor Acceptance |
| NATALIE TAYLOR | 07/12/2018 | Payment | $250.00 Debit Card | AMAC | Ace Motor Acceptance |
| DARNITIA MCGRIFF | 07/06/2018 | Payment | $100.00 Debit Card | AMAC | Ace Motor Acceptance |
| DARNITIA MCGRIFF | 07/06/2018 | Payment | $50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DARNITIA MCGRIFF | 07/07/2018 | Payment | $50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DAVID MINGO | 07/13/2018 | Payment | $198.68 Debit Card | AMAC | Ace Motor Acceptance |
| MATTIE WOODLEY | 07/02/2018 | Payment | $198.40 Debit Card | AMAC | Ace Motor Acceptance |
| MATTIE WOODLEY | 07/31/2018 | Payment | $208.32 Debit Card | AMAC | Ace Motor Acceptance |
| LAPRESHA BARBER | 07/02/2018 | Payment | $100.00 Cash | AMAC | Ace Motor Acceptance |
| LAPRESHA BARBER | 07/16/2018 | Payment | $240.00 Cash | AMAC | Ace Motor Acceptance |
| LAPRESHA BARBER | 07/30/2018 | Payment | $251.00 Cash | AMAC | Ace Motor Acceptance |
| LAPRESHA BARBER | 07/30/2018 | Payment | $5.00 Cash | AMAC | Ace Motor Acceptance |
| PATRICK BAILEY | 07/26/2018 | Payment | $150.00 Debit Card | AMAC | Ace Motor Acceptance |
| PATRICK BAILEY | 08/06/2018 | Payment | $150.00 Debit Card | | McCoy Motors LLC |
| PATRICK BAILEY | 08/06/2018 | Payment | $150.00 Debit Card | | McCoy Motors LLC |
| TICARA HARRIS | 07/05/2018 | Payment | $237.17 Debit Card | AMAC | Ace Motor Acceptance |

McCoy Motors LLC

## Ace Motor

[Tran Post Date = Last Month to Date] [Primary: Loan Total Collected > 0] [Institution ID in 166753]
[Portfolio ID in 10512,10048] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

Timezone:
Print Date:
Data Date:
Page: 1 of

| Name | Date | Type | Amount | | Entity |
|------|------|------|--------|------|--------|
| TICARA HARRIS | 07/19/2018 | Payment | $237.17 | Debit Card | AMAC | Ace Motor Acceptance |
| DWAYNE WALTON | 07/30/2018 | Payment | $12.13 | Debit Card | AMAC | Ace Motor Acceptance |
| ALICHA SINGLETON | 07/19/2018 | Payment | $11.89 | Debit Card | AMAC | Ace Motor Acceptance |
| NATANIEL GILLISPIE | 07/20/2018 | Payment | $272.22 | Debit Card | AMAC | Ace Motor Acceptance |
| NATANIEL GILLISPIE | 07/21/2018 | Payment | $200.00 | Cash | AMAC | Ace Motor Acceptance |
| NATANIEL GILLISPIE | 08/06/2018 | Payment | $236.11 | Debit Card | AMAC | McCoy Motors LLC |
| DEBORAH | 07/03/2018 | Payment | $249.23 | Debit Card | AMAC | Ace Motor Acceptance |
| DEBORAH | 07/18/2018 | Payment | $249.23 | Debit Card | AMAC | Ace Motor Acceptance |
| DEBORAH | 08/06/2018 | Payment | $237.36 | Debit Card | AMAC | McCoy Motors LLC |
| BRANDON WILKS | 07/13/2018 | Payment | $236.46 | Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 08/06/2018 | Payment | $237.97 | Debit Card | AMAC | McCoy Motors LLC |
| WENDY STYWALT | 07/20/2018 | Payment | $195.00 | Debit Card | AMAC | Ace Motor Acceptance |
| WENDY STYWALT | 07/10/2018 | Payment | $12.83 | Debit Card | AMAC | Ace Motor Acceptance |
| WENDY STYWALT | 07/20/2018 | Payment | $197.93 | Debit Card | AMAC | Ace Motor Acceptance |
| DIEDRA PHILLIPS | 07/06/2018 | Payment | $258.54 | Debit Card | AMAC | Ace Motor Acceptance |
| DIEDRA PHILLIPS | 07/20/2018 | Payment | $235.04 | Debit Card | AMAC | Ace Motor Acceptance |
| DIEDRA PHILLIPS | 07/27/2018 | Payment | $50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| DIEDRA PHILLIPS | 08/06/2018 | Payment | $236.00 | Debit Card | AMAC | Ace Motor Acceptance |
| LORI THOMAS | 07/06/2018 | Payment | $237.55 | Debit Card | AMAC | Ace Motor Acceptance |
| LORI THOMAS | 07/20/2018 | Payment | $237.55 | Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 07/13/2018 | Payment | $239.26 | Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 08/01/2018 | Payment | $87.15 | Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 08/01/2018 | Payment | $100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 08/01/2018 | Payment | $50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DAVIS | 07/27/2018 | Payment | $19.05 | Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DAVIS | 08/06/2018 | Payment | $236.27 | Debit Card | AMAC | McCoy Motors LLC |
| EBONI HEMPHILL | 07/06/2018 | Payment | $238.59 | Debit Card | AMAC | Ace Motor Acceptance |
| EBONI HEMPHILL | 07/19/2018 | Payment | $181.00 | Debit Card | AMAC | Ace Motor Acceptance |
| EBONI HEMPHILL | 07/27/2018 | Payment | $60.00 | Debit Card | AMAC | Ace Motor Acceptance |
| EMMA CALDWELL | 07/20/2018 | Payment | $9.80 | Debit Card | AMAC | Ace Motor Acceptance |
| EMMA CALDWELL | 07/20/2018 | Payment | $237.17 | Debit Card | AMAC | Ace Motor Acceptance |
| EMMA CALDWELL | 07/30/2018 | Payment | $249.00 | Debit Card | AMAC | Ace Motor Acceptance |
| RAHEEMAH WILLIAMS | 07/06/2018 | Payment | $237.67 | Debit Card | AMAC | Ace Motor Acceptance |
| RAHEEMAH WILLIAMS | 07/20/2018 | Payment | $237.67 | Debit Card | AMAC | Ace Motor Acceptance |

# Ace Motor

[Tran Post Date = Last Month to Date] [Primary Loan Total Collected > 0] [Institution ID in 105753]
[Portfolio ID in 10512; 10548] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

Timezone:
Print Date:
Data Date:
Page: 1 of

*McCoy Motors LLC*

| Name | Date | Type | Amount | Method | | Institution |
|---|---|---|---|---|---|---|
| RAHEEMAH WILLIAMS | 08/06/2018 | Payment | $237.67 | Debit Card | AMAC | McCoy Motors LLC |
| QUATARIUS HOPE | 07/12/2018 | Payment | $238.76 | Debit Card | AMAC | Ace Motor Acceptance |
| QUATARIUS HOPE | 07/13/2018 | Payment | $238.76 | Debit Card | AMAC | Ace Motor Acceptance |
| TYRONE GOODWIN | 07/12/2018 | Payment | $50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| TYRONE GOODWIN | 07/19/2018 | Payment | $10.00 | Debit Card | AMAC | Ace Motor Acceptance |
| TYRONE GOODWIN | 07/25/2018 | Payment | $100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| TYRONE GOODWIN | 07/25/2018 | Payment | $100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JACQUELINE ROYAL | 07/03/2018 | Payment | $237.73 | Debit Card | AMAC | Ace Motor Acceptance |
| JACQUELINE ROYAL | 07/18/2018 | Payment | $237.73 | Debit Card | AMAC | Ace Motor Acceptance |
| JACQUELINE ROYAL | 08/06/2018 | Payment | $237.73 | Debit Card | AMAC | McCoy Motors LLC |
| MICHAEL CAMPBELL | 07/13/2018 | Payment | $237.11 | Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DUFF | 07/20/2018 | Payment | $237.05 | Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DUFF | 07/28/2018 | Payment | $237.15 | Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 07/13/2018 | Payment | $20.00 | Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 07/18/2018 | Payment | $100.02 | Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 07/18/2018 | Payment | $27.00 | Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 07/31/2018 | Payment | $236.00 | Debit Card | AMAC | Ace Motor Acceptance |
| SHYQUELLA KIDD | 07/05/2018 | Payment | $237.00 | Debit Card | AMAC | Ace Motor Acceptance |
| SHYQUELLA KIDD | 07/18/2018 | Payment | $237.01 | Debit Card | AMAC | Ace Motor Acceptance |
| SIERRA RIVERS | 07/20/2018 | Payment | $238.64 | Debit Card | AMAC | Ace Motor Acceptance |
| DESHAWN WADE | 07/27/2018 | Payment | $11.35 | Debit Card | AMAC | Ace Motor Acceptance |
| TRAMAINE DAVIE | 07/06/2018 | Payment | $198.50 | Debit Card | AMAC | Ace Motor Acceptance |
| TRAMAINE DAVIE | 07/26/2018 | Payment | $198.50 | Debit Card | AMAC | Ace Motor Acceptance |
| TERRY JOLLY | 07/03/2018 | Payment | $445.86 | Debit Card | AMAC | Ace Motor Acceptance |
| JUAN MEDINA | 07/05/2018 | Payment | $190.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JUAN MEDINA | 07/19/2018 | Payment | $50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JUAN MEDINA | 07/20/2018 | Payment | $7.03 | Debit Card | AMAC | Ace Motor Acceptance |
| TARENA MOORE | 07/14/2018 | Payment | $60.00 | Cash | AMAC | Ace Motor Acceptance |
| TARENA MOORE | 07/14/2018 | Payment | $140.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY DAY | 07/09/2018 | Payment | $199.22 | Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY DAY | 07/28/2018 | Payment | $199.22 | Debit Card | AMAC | Ace Motor Acceptance |
| IVY COLEMAN | 07/02/2018 | Payment | $228.94 | Debit Card | AMAC | Ace Motor Acceptance |
| IVY COLEMAN | 07/28/2018 | Payment | $307.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JENNIFER SEARS | 07/06/2018 | Payment | $228.38 | Debit Card | AMAC | Ace Motor Acceptance |

McCoy Motors LLC

## Ace Motor

[Tran Post Date = Last Month to Date] [Primary Loan Total Collected > 0] [Institution ID in 105753]
[Portfolio ID in 10512,10048] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

Timezone:
Print Date:
Data Date:

| Name | Date | Type | Amount | | Institution | Source |
|---|---|---|---|---|---|---|
| JENNIFER SEARS | 07/20/2018 | Payment | $228.38 | Debit Card | AMAC | Ace Motor Acceptance |
| JENNIFER SEARS | 08/06/2018 | Payment | $228.38 | Debit Card | AMAC | McCoy Motors LLC |
| KENDARIOUS | 07/06/2018 | Payment | $198.04 | Debit Card | AMAC | Ace Motor Acceptance |
| KENDARIOUS | 07/20/2018 | Payment | $198.04 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/11/2018 | Payment | $50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/11/2018 | Payment | $102.14 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/11/2018 | Payment | $100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/11/2018 | Payment | $100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/27/2018 | Payment | $123.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BRADLEY ROSARIO | 07/05/2018 | Payment | $239.76 | Debit Card | AMAC | Ace Motor Acceptance |
| BRADLEY ROSARIO | 07/19/2018 | Payment | $239.76 | Debit Card | AMAC | Ace Motor Acceptance |
| MARIE IZZARD | 07/11/2018 | Payment | $265.00 | Debit Card | AMAC | Ace Motor Acceptance |
| KRISTEN BUTLER | 07/11/2018 | Payment | $197.52 | Debit Card | AMAC | Ace Motor Acceptance |
| KRISTEN BUTLER | 07/25/2018 | Payment | $197.52 | Debit Card | AMAC | Ace Motor Acceptance |
| RUMALE CHERRY | 07/25/2018 | Payment | $449.79 | Debit Card | AMAC | Ace Motor Acceptance |
| STEPHANIE | 07/11/2018 | Payment | $199.23 | Debit Card | AMAC | Ace Motor Acceptance |
| STEPHANIE | 07/25/2018 | Payment | $199.23 | Debit Card | AMAC | Ace Motor Acceptance |
| SAKIA REESE | 07/25/2018 | Payment | $219.50 | Debit Card | AMAC | Ace Motor Acceptance |
| DRACARIUS | 07/10/2018 | Payment | $208.56 | Debit Card | AMAC | Ace Motor Acceptance |
| DRACARIUS | 07/24/2018 | Payment | $208.56 | Debit Card | AMAC | Ace Motor Acceptance |
| CECILIA MARTINO | 07/14/2018 | Payment | $90.00 | Debit Card | AMAC | Ace Motor Acceptance |
| CECILIA MARTINO | 07/20/2018 | Payment | $100.06 | Debit Card | AMAC | Ace Motor Acceptance |
| JASON WILKINS | 07/05/2018 | Payment | $240.00 | Cash | AMAC | Ace Motor Acceptance |
| JASON WILKINS | 07/13/2018 | Payment | $240.00 | Cash | AMAC | Ace Motor Acceptance |
| JASON WILKINS | 07/27/2018 | Payment | $240.00 | Cash | AMAC | Ace Motor Acceptance |
| SETERRIA PERRY | 07/03/2018 | Payment | $198.40 | Debit Card | AMAC | Ace Motor Acceptance |
| SETERRIA PERRY | 07/17/2018 | Payment | $198.40 | Debit Card | AMAC | Ace Motor Acceptance |
| SETERRIA PERRY | 07/31/2018 | Payment | $198.40 | Debit Card | AMAC | Ace Motor Acceptance |
| JOHNNY BIVENS | 07/06/2018 | Payment | $238.42 | Debit Card | AMAC | Ace Motor Acceptance |
| JOHNNY BIVENS | 07/20/2018 | Payment | $238.42 | Debit Card | AMAC | Ace Motor Acceptance |
| JOHNNY BIVENS | 07/02/2018 | Payment | $376.00 | Debit Card | AMAC | Ace Motor Acceptance |
| SHYTAVIA PAGAN | 08/06/2018 | Payment | $376.00 | Debit Card | AMAC | McCoy Motors LLC |
| SHYTAVIA PAGAN | 08/06/2018 | Payment | $238.00 | Debit Card | AMAC | Ace Motor Acceptance |
| DETERRIOUS WYNN | 07/07/2018 | Payment | $188.60 | Debit Card | AMAC | Ace Motor Acceptance |
| DETERRIOUS WYNN | 07/27/2018 | Payment | $188.60 | Debit Card | AMAC | Ace Motor Acceptance |

McCoy Motors LLC

# Ace Motor

[Tran Post Date = Last Month to Date] [Primary Loan Total Collected > 0] [Installation ID in 105753]
[Portfolio ID in 10512,10548] [Tran Code Desc in 'Def Down Payment','Payment','Payment']

| Name | Date | Type | Amount | Method | | Entity |
|---|---|---|---|---|---|---|
| MICHAEL KENDRICK | 07/06/2018 | Payment | $237.54 | Debit Card | AMAC | Ace Motor Acceptance |
| MICHAEL KENDRICK | 07/24/2018 | Payment | $237.54 | Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA SEAMON | 07/06/2018 | Payment | $167.55 | Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA SEAMON | 07/20/2018 | Payment | $167.55 | Debit Card | AMAC | Ace Motor Acceptance |
| SARAH FRANCOIS | 07/12/2018 | Payment | $168.09 | Debit Card | AMAC | Ace Motor Acceptance |
| SARAH FRANCOIS | 07/28/2018 | Payment | $168.09 | Debit Card | AMAC | Ace Motor Acceptance |
| JAMES CARR | 07/06/2018 | Payment | $298.20 | Debit Card | AMAC | Ace Motor Acceptance |
| JAMES CARR | 07/20/2018 | Payment | $298.20 | Debit Card | AMAC | Ace Motor Acceptance |
| JAMES CARR | 08/06/2018 | Payment | $298.20 | Debit Card | AMAC | McCoy Motors LLC |
| ALEXIS PRINCE | 07/06/2018 | Payment | $175.26 | Debit Card | AMAC | Ace Motor Acceptance |
| ALEXIS PRINCE | 07/20/2018 | Payment | $175.26 | Debit Card | AMAC | Ace Motor Acceptance |
| SHERRY VAUGHN | 07/11/2018 | Payment | $158.33 | Debit Card | AMAC | Ace Motor Acceptance |
| SHERRY VAUGHN | 07/30/2018 | Payment | $5,183.00 | Check | AMAC | Ace Motor Acceptance |
| LATAVIA | 07/06/2018 | Payment | $237.50 | Debit Card | AMAC | Ace Motor Acceptance |
| LATAVIA | 07/11/2018 | Payment | $1.57 | Debit Card | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU | 07/03/2018 | Payment | $4.98 | Debit Card | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU | 07/12/2018 | Payment | $74.18 | Cash | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU | 07/17/2018 | Payment | $73.98 | Debit Card | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU | 07/24/2018 | Payment | $148.16 | Debit Card | AMAC | Ace Motor Acceptance |
| GERALDINE PINEDO | 07/12/2018 | Payment | $237.34 | Debit Card | AMAC | Ace Motor Acceptance |
| GERALDINE PINEDO | 07/26/2018 | Payment | $237.34 | Debit Card | AMAC | Ace Motor Acceptance |
| DURRICK BREAZEALE | 07/13/2018 | Payment | $218.31 | Debit Card | AMAC | Ace Motor Acceptance |
| DURRICK BREAZEALE | 07/27/2018 | Payment | $218.31 | Debit Card | AMAC | Ace Motor Acceptance |

McCoy Motors LLC

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

McCoy Motors LLC

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

*McCoy Motors LLC*

McCoy Motors LLC

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

McCoy Motors LLC

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

McCoy Motors LLC

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

McCoy Motors LLC

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

*McCoy Motors LLC*

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

McCoy Motors LLC

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

(GMT -5) Eastern Time
08/07/2018 10:27:27 AM
08/07/2018 10:27:18 AM

McCoy Motors LLC