# Re: McCoy Motors LLC

From: Robin Milestone (rmilestone@acemotoracceptance.com)
To: meagan_earney@yahoo.com
Date: Tuesday, August 7, 2018, 1:36 PM EDT

FILED
U.S. Bankruptcy Court
of NC

NOV - 2 2018

Steven T. Salata, Clerk
Charlotte Division    cch

This message contains blocked images. Show images or Always show images

Thank you Meagan-

Are you able to provide this in the excel report like the previous please?

Defense Exhibit 4

https://acemotoracceptance.com/visiting-dealers/?utm_source=salesrep&utm_medium=email&utm_campaign=salesrep_email

**Robin Milestone**
*Customer Service*
**Ace Motor Acceptance Corporation**

p: 704-882-7100 ext 7163
f: 704-200-9221
e: rmilestone@myamac.com

On Tue, Aug 7, 2018 at 1:31 PM, Meagan Earney <meagan_earney@yahoo.com> wrote:

Meagan Earney
Cell (843)877-0018

On Tuesday, August 7, 2018, 1:18:39 PM EDT, Robin Milestone <rmilestone@acemotoracceptance.com> wrote:

The attached file was received on 6/27/18 showing payments made 5/1/18 - 6/26/18.

Would you please send the same report for the date range 6/27/18 - 8/7/18

https://acemotoracceptance.com/visiting-dealers/?utm_source=salesrep&utm_medium=email&utm_campaign=salesrep_email

**Robin Milestone**
*Customer Service*
**Ace Motor Acceptance Corporation**

p: 704-882-7100 ext 7163
f: 704-200-9221
e: rmilestone@myamac.com

On Tue, Aug 7, 2018 at 1:03 PM, Meagan Earney <meagan_earney@yahoo.com> wrote:
As requested updated information on McCoy Motors LLC Accounts.

Meagan Earney
Cell (843)877-0018

image.png
12.5kB

image.png
12.5kB

# Re: McCoy Motors LLC

From: Robin Milestone (rmilestone@acemotoracceptance.com)

To: meagan_earney@yahoo.com; robmccoy@comporium.net; mccoymotors@live.com

Cc: russ@acemotoracceptance.com; henderson@title11.com; kharmonlang@gamil.com

Date: Tuesday, August 7, 2018, 1:18 PM EDT

This message contains blocked images. Show images or Always show images

The attached file was received on 6/27/18 showing payments made 5/1/18 - 6/26/18.

Would you please send the same report for the date range 6/27/18 - 8/7/18

https://acemotoracceptance.com/visiting-dealers/?utm_source=salesrep&utm_medium=email&utm_campaign=salesrep_email

**Robin Milestone**
*Customer Service*
**Ace Motor Acceptance Corporation**

p: 704-882-7100 ext 7163
f: 704-200-9221
e: rmilestone@myamac.com

( )


Ace_Motor_Portfolio 6.27.18.xlsx
40.4kB


image.png
12.5kB