

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 18–03036

---

IN THE MATTER OF:
   Ace Motor Acceptance Corporation                  Case No.: 18–30426
        Debtor(s)                                                   Chapter: 11

---

Ace Motor Acceptance Corporation
      Plaintiff(s)

vs.

McCoy Motors, LLC et al.
      Defendant(s)

---

## NOTICE – ATTORNEY REPRESENTATION
## Local Rules of Practice and Procedure Concerning Representation in Bankruptcy Proceedings

We have received the document that you have submitted to the Clerk's Office for filing in the above referenced case. It appears that you are attempting to appear before this Court on behalf of another entity. Please be advised that North Carolina General Statutes §§ 84–4, 84–9 and 84–10 provide as follows:

> § 84–4. Persons other than members of State Bar prohibited from practicing law.
>
> § 84–9. Unlawful for anyone except attorney to appear for creditor in insolvency and certain other proceedings.
>
> It shall be unlawful for any corporation, or any firm or other association of persons other than a law firm, or for any individual other than an attorney duly licensed to practice law, to appear for another in any bankruptcy or insolvency proceeding, or in any action or proceeding for or growing out of the appointment of a receiver, or in any matter involving an assignment for the benefit of creditors, or to present or vote any claim of another, whether under an assignment or transfer of such claim or in any other manner, in any of the actions, proceedings or matters hereinabove set out.
>
> § 84–10. Violation of §§ 84–4 or 84–9 is a misdemeanor.
>
> Any individual, corporation, or firm or other association of persons violating any provision of G.S. 84–4 or 84–9 shall be guilty of a Class 1 misdemeanor.

In addition, Local Rule 2090–1(a) provides as follows:

> All partnerships, corporations, trusts, associations, and other business entities that appear in cases or proceedings before this Court, not including § 341 first meetings of creditors, must be represented by a lawyer duly admitted to practice before this Court. For purposes of this Local Rule, an appearance shall be defined as preparing and filing papers, such as complaints and answers, petitions, applications, and motions; questioning witnesses in proceedings before this Court; and pursuing any action in this Court.

Pursuant to Local Rule 2090–1(a), you will not be permitted to appear at a hearing on behalf of another entity. If the entity wishes to be heard, it must hire an attorney duly admitted to practice before this Court to represent it.