

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 18−03036

IN THE MATTER OF:
    Ace Motor Acceptance Corporation          Case No.: 18−30426
          Debtor(s)          Chapter: 11

Ace Motor Acceptance Corporation
    Plaintiff(s)

vs.

McCoy Motors, LLC et al.
    Defendant(s)

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Responses filed by Defendants as document #s 55−59 11/02/2018 and Response filed in the above referenced case on 11/02/2018 as document # 54 is defective for the reason(s) marked below:

    Certificate of Service attached to Documents incorrectly reference service of Defendant's Reply to Verified Complaint.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: November 5, 2018          Steven T. Salata
         Clerk of Court

Electronically filed and signed (11/5/18)