FILED
U.S. BANKRUPTCY COURT, WDNC
NOV - 5 2018
Steven T. Salata, Clerk
Charlotte Division/CCH

Exhibit O

## Ace Motor - Copy
### Page 1

| Customer Name | Tran Post Date | Tran Code Desc | Total Collected | Tran Form | Portfolio Name | Tran Portfolio Name |
|---|---|---|---|---|---|---|
| CHARLES THORNTON | 06/29/2018 | Payment | $ 217.47 | Debit Card | Ace Motor Acceptance | Ace Motor Acceptance |
| TENEKE CRUZADO | 06/26/2018 | Payment | $ 247.20 | Debit Card | Ace Motor Acceptance | Ace Motor Acceptance |
| ZAYNE SCRUGGS | 06/22/2018 | Payment | $ 150.00 | Debit Card | Ace Motor Acceptance | Ace Motor Acceptance |
| JAMES BROWN | 06/29/2018 | Payment | $ 238.50 | Debit Card | AMAC | Ace Motor Acceptance |
| JAMES BROWN | 07/19/2018 | Payment | $ 238.50 | Debit Card | AMAC | Ace Motor Acceptance |
| JAMES BROWN | 07/27/2018 | Payment | $ 238.50 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 06/22/2018 | Payment | $ 188.24 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/06/2018 | Payment | $ 188.24 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/20/2018 | Payment | $ 29.23 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/20/2018 | Payment | $ 159.01 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/05/2018 | Payment | $ 300.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/14/2018 | Payment | $ 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/19/2018 | Payment | $ 10.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/19/2018 | Payment | $ 182.76 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/27/2018 | Payment | $ 296.38 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/27/2018 | Payment | $ 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/28/2018 | Payment | $ 200.00 | Cash | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 06/22/2018 | Payment | $ 103.79 | Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 06/29/2018 | Payment | $ 103.79 | Debit Card | AMAC | Ace Motor Acceptance |

Ace Motor - Copy

Page 1

| Customer Name | Tran Post Date | Tran Code Desc | Total Collected | Tran Form | Portfolio Name | Tran Portfolio Name |
|---|---|---|---|---|---|---|
| CHARLES THORNTON | 06/29/2018 | Payment | $ 217.47 | Debit Card | Ace Motor Acceptance | Ace Motor Acceptance |
| TENEKE CRUZADO | 06/26/2018 | Payment | $ 247.20 | Debit Card | Ace Motor Acceptance | Ace Motor Acceptance |
| ZAYNE SCRUGGS | 06/22/2018 | Payment | $ 150.00 | Debit Card | Ace Motor Acceptance | Ace Motor Acceptance |
| JAMES BROWN | 06/29/2018 | Payment | $ 238.50 | Debit Card | AMAC | Ace Motor Acceptance |
| JAMES BROWN | 07/19/2018 | Payment | $ 238.50 | Debit Card | AMAC | Ace Motor Acceptance |
| JAMES BROWN | 07/27/2018 | Payment | $ 238.50 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 06/22/2018 | Payment | $ 188.24 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/06/2018 | Payment | $ 188.24 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/20/2018 | Payment | $ 29.23 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGEL CHAMBERS | 07/20/2018 | Payment | $ 159.01 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/05/2018 | Payment | $ 300.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/14/2018 | Payment | $ 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/19/2018 | Payment | $ 10.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/19/2018 | Payment | $ 182.76 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/27/2018 | Payment | $ 296.38 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/27/2018 | Payment | $ 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BERNARD DENNIS | 07/28/2018 | Payment | $ 200.00 | Cash | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 06/22/2018 | Payment | $ 103.79 | Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 06/29/2018 | Payment | $ 103.79 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | | Amount | | |
|---|---|---|---|---|---|
| LARRY DIXON | 07/06/2018 | Payment | $ 103.79 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/13/2018 | Payment | $ 103.79 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/20/2018 | Payment | $ 103.79 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/27/2018 | Payment | $ 238.37 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 06/29/2018 | Payment | $ 238.37 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/13/2018 | Payment | $ 238.37 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY DIXON | 07/27/2018 | Payment | $ 238.37 Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 06/22/2018 | Payment | $ 105.00 Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 06/29/2018 | Payment | $ 105.00 Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/06/2018 | Payment | $ 105.00 Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/13/2018 | Payment | $ 105.00 Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/19/2018 | Payment | $ 105.00 Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/26/2018 | Payment | $ 105.00 Debit Card | AMAC | Ace Motor Acceptance |
| CEDRIC DOBIE | 07/27/2018 | Payment | $ 97.25 Debit Card | AMAC | Ace Motor Acceptance |
| ALMA GARCIA RUGERIO | 06/22/2018 | Payment | $ 248.84 Debit Card | AMAC | Ace Motor Acceptance |
| ALMA GARCIA RUGERIO | 07/06/2018 | Payment | $ 248.84 Debit Card | AMAC | Ace Motor Acceptance |
| ALMA GARCIA RUGERIO | 07/20/2018 | Payment | $ 248.84 Debit Card | AMAC | Ace Motor Acceptance |
| JOHN GREGORY | 06/26/2018 | Payment | $ 237.62 Debit Card | AMAC | Ace Motor Acceptance |
| JOHN GREGORY | 07/09/2018 | Payment | $ 237.62 Debit Card | AMAC | Ace Motor Acceptance |
| JOHN GREGORY | 07/25/2018 | Payment | $ 237.62 Debit Card | AMAC | Ace Motor Acceptance |
| TAMMY HESTER-PRIMUS | 06/22/2018 | Payment | $ 238.04 Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | Amount | Method | | |
|------|------|------|--------|--------|------|------|
| TAMMY HESTER-PRIMUS | 07/05/2018 | Payment | $ 249.94 | Debit Card | AMAC | Ace Motor Acceptance |
| TAMMY HESTER-PRIMUS | 07/17/2018 | Payment | $ 283.19 | Debit Card | AMAC | Ace Motor Acceptance |
| TAMMY HESTER-PRIMUS | 07/27/2018 | Payment | $ 238.04 | Debit Card | AMAC | Ace Motor Acceptance |
| PAUL HUFF | 07/12/2018 | Payment | $ 395.25 | Debit Card | AMAC | Ace Motor Acceptance |
| MEGAN JACKSON | 06/22/2018 | Payment | $ 238.39 | Debit Card | AMAC | Ace Motor Acceptance |
| MEGAN JACKSON | 07/06/2018 | Payment | $ 238.39 | Debit Card | AMAC | Ace Motor Acceptance |
| MEGAN JACKSON | 07/20/2018 | Payment | $ 238.39 | Debit Card | AMAC | Ace Motor Acceptance |
| PATRICE JONES | 06/30/2018 | Payment | $ 238.34 | Debit Card | AMAC | Ace Motor Acceptance |
| PATRICE JONES | 07/14/2018 | Payment | $ 238.34 | Debit Card | AMAC | Ace Motor Acceptance |
| PATRICE JONES | 07/27/2018 | Payment | $ 238.34 | Debit Card | AMAC | Ace Motor Acceptance |
| ZARON LANEY | 06/22/2018 | Payment | $ 238.19 | Debit Card | AMAC | Ace Motor Acceptance |
| ZARON LANEY | 06/23/2018 | Payment | $ 238.19 | Debit Card | AMAC | Ace Motor Acceptance |
| ZARON LANEY | 07/06/2018 | Payment | $ 100.00 | Cash | AMAC | Ace Motor Acceptance |
| ZARON LANEY | 07/06/2018 | Payment | $ 360.12 | Debit Card | AMAC | Ace Motor Acceptance |
| ZARON LANEY | 07/20/2018 | Payment | $ 238.19 | Debit Card | AMAC | Ace Motor Acceptance |
| AMBER LOCKLEAR | 06/29/2018 | Payment | $ 170.98 | Debit Card | AMAC | Ace Motor Acceptance |
| AMBER LOCKLEAR | 07/13/2018 | Payment | $ 170.98 | Debit Card | AMAC | Ace Motor Acceptance |
| AMBER LOCKLEAR | 07/27/2018 | Payment | $ 171.00 | Cash | AMAC | Ace Motor Acceptance |
| ANTHONY MOORE | 06/22/2018 | Payment | $ 238.48 | Debit Card | AMAC | Ace Motor Acceptance |
| ANTHONY MOORE | 07/03/2018 | Payment | $ 238.48 | Debit Card | AMAC | Ace Motor Acceptance |
| ANTHONY MOORE | 07/20/2018 | Payment | $ 238.48 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | | Amount | Method | Creditor |
|---|---|---|---|---|---|---|
| DARRIAN PERRY | 06/29/2018 | Payment | $ | 199.62 | Debit Card | AMAC | Ace Motor Acceptance |
| DARRIAN PERRY | 07/02/2018 | Payment | $ | 30.00 | Cash | AMAC | Ace Motor Acceptance |
| DARRIAN PERRY | 07/13/2018 | Payment | $ | 169.62 | Debit Card | AMAC | Ace Motor Acceptance |
| DARRIAN PERRY | 07/27/2018 | Payment | $ | 199.62 | Debit Card | AMAC | Ace Motor Acceptance |
| DALE RAMIREZ | 06/29/2018 | Payment | $ | 238.65 | Debit Card | AMAC | Ace Motor Acceptance |
| DALE RAMIREZ | 07/13/2018 | Payment | $ | 238.65 | Debit Card | AMAC | Ace Motor Acceptance |
| DALE RAMIREZ | 07/27/2018 | Payment | $ | 238.65 | Debit Card | AMAC | Ace Motor Acceptance |
| LACY RIGGINS | 06/22/2018 | Payment | $ | 198.56 | Debit Card | AMAC | Ace Motor Acceptance |
| LACY RIGGINS | 06/30/2018 | Payment | $ | 200.00 | Cash | AMAC | Ace Motor Acceptance |
| LACY RIGGINS | 07/20/2018 | Payment | $ | 198.56 | Debit Card | AMAC | Ace Motor Acceptance |
| LACY RIGGINS | 07/20/2018 | Payment | $ | 200.00 | Debit Card | AMAC | Ace Motor Acceptance |
| AUSTIN ROBERTSON | 06/29/2018 | Payment | $ | 200.00 | Debit Card | AMAC | Ace Motor Acceptance |
| AUSTIN ROBERTSON | 07/13/2018 | Payment | $ | 200.00 | Debit Card | AMAC | Ace Motor Acceptance |
| AUSTIN ROBERTSON | 07/19/2018 | Payment | $ | 200.00 | Cash | AMAC | Ace Motor Acceptance |
| AUSTIN ROBERTSON | 07/19/2018 | Payment | $ | 200.00 | Cash | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/11/2018 | Payment | $ | 100.26 | Debit Card | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/11/2018 | Payment | $ | 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/11/2018 | Payment | $ | 50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/30/2018 | Payment | $ | 480.00 | Debit Card | AMAC | Ace Motor Acceptance |
| KEEYONA SHIPP | 07/30/2018 | Payment | $ | 8.60 | Debit Card | AMAC | Ace Motor Acceptance |
| GLORIA STEVENS | 07/06/2018 | Payment | $ | 328.97 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | | | Amount | | |
| --- | --- | --- | --- | --- | --- | --- |
| STEPHONE VALADEZ | 06/26/2018 | Payment | $ | 237.54 Debit Card | AMAC | Ace Motor Acceptance |
| STEPHONE VALADEZ | 07/10/2018 | Payment | $ | 237.54 Debit Card | AMAC | Ace Motor Acceptance |
| STEPHONE VALADEZ | 07/24/2018 | Payment | $ | 237.54 Debit Card | AMAC | Ace Motor Acceptance |
| LATASHA WALLACE | 06/21/2018 | Payment | $ | 207.96 Debit Card | AMAC | Ace Motor Acceptance |
| LATASHA WALLACE | 07/09/2018 | Payment | $ | 210.00 Cash | AMAC | Ace Motor Acceptance |
| LATASHA WALLACE | 07/19/2018 | Payment | $ | 207.96 Debit Card | AMAC | Ace Motor Acceptance |
| SALINA WEBB | 06/22/2018 | Payment | $ | 254.97 Debit Card | AMAC | Ace Motor Acceptance |
| SALINA WEBB | 07/06/2018 | Payment | $ | 254.97 Debit Card | AMAC | Ace Motor Acceptance |
| SALINA WEBB | 07/20/2018 | Payment | $ | 254.97 Debit Card | AMAC | Ace Motor Acceptance |
| RANDY WHIPPLE | 06/29/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |
| RANDY WHIPPLE | 07/12/2018 | Payment | $ | 439.00 Debit Card | AMAC | Ace Motor Acceptance |
| RANDY WHIPPLE | 07/27/2018 | Payment | $ | 239.00 Debit Card | AMAC | Ace Motor Acceptance |
| RANDY WHIPPLE | 07/27/2018 | Payment | $ | 24.81 Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA CHAMBERS | 06/21/2018 | Payment | $ | 238.90 Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA CHAMBERS | 06/29/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA CHAMBERS | 07/05/2018 | Payment | $ | 186.40 Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA CHAMBERS | 07/19/2018 | Payment | $ | 238.90 Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA CHAMBERS | 07/20/2018 | Payment | $ | 227.52 Debit Card | AMAC | Ace Motor Acceptance |
| JASMINE COUSAR | 06/23/2018 | Payment | $ | 223.00 Debit Card | AMAC | Ace Motor Acceptance |
| JASMINE COUSAR | 07/06/2018 | Payment | $ | 260.00 Debit Card | AMAC | Ace Motor Acceptance |
| JASMINE COUSAR | 07/20/2018 | Payment | $ | 240.00 Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | | Amount | Method | Entity |
|---|---|---|---|---|---|---|
| JASMINE COUSAR | 07/21/2018 | Payment | $ | 138.86 Debit Card | AMAC | Ace Motor Acceptance |
| JEFFERY FAULKENBERRY | 06/29/2018 | Payment | $ | 208.78 Debit Card | AMAC | Ace Motor Acceptance |
| JEFFERY FAULKENBERRY | 07/06/2018 | Payment | $ | 208.78 Debit Card | AMAC | Ace Motor Acceptance |
| JEFFERY FAULKENBERRY | 07/27/2018 | Payment | $ | 208.78 Debit Card | AMAC | Ace Motor Acceptance |
| ASHIA HAGGINS | 06/22/2018 | Payment | $ | 228.26 Debit Card | AMAC | Ace Motor Acceptance |
| ASHIA HAGGINS | 07/07/2018 | Payment | $ | 228.26 Debit Card | AMAC | Ace Motor Acceptance |
| ASHIA HAGGINS | 07/20/2018 | Payment | $ | 228.26 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY HALLEY | 06/22/2018 | Payment | $ | 208.14 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY HALLEY | 07/06/2018 | Payment | $ | 208.14 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY HALLEY | 07/20/2018 | Payment | $ | 208.14 Debit Card | AMAC | Ace Motor Acceptance |
| LARRY HALLEY | 07/24/2018 | Payment | $ | 208.14 Debit Card | AMAC | Ace Motor Acceptance |
| FRANCES HARSEY | 07/03/2018 | Payment | $ | 348.66 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/10/2018 | Payment | $ | 300.00 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/13/2018 | Payment | $ | 249.94 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/27/2018 | Payment | $ | 238.08 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/27/2018 | Payment | $ | 238.08 Debit Card | AMAC | Ace Motor Acceptance |
| JESSIE KELLY | 07/27/2018 | Payment | $ | 11.90 Debit Card | AMAC | Ace Motor Acceptance |
| JULIAN KELLY | 06/26/2018 | Payment | $ | 485.87 Debit Card | AMAC | Ace Motor Acceptance |
| JULIAN KELLY | 07/26/2018 | Payment | $ | 485.87 Debit Card | AMAC | Ace Motor Acceptance |
| ANDREA SCHRADER | 06/22/2018 | Payment | $ | 202.58 Debit Card | AMAC | Ace Motor Acceptance |
| ANDREA SCHRADER | 07/06/2018 | Payment | $ | 202.58 Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | | Amount | Method | | |
|---|---|---|---|---|---|---|---|
| ANDREA SCHRADER | 07/20/2018 | Payment | $ | 202.58 | Debit Card | AMAC | Ace Motor Acceptance |
| JIMMY SELLERS | 06/21/2018 | Payment | $ | 228.14 | Debit Card | AMAC | Ace Motor Acceptance |
| JIMMY SELLERS | 07/05/2018 | Payment | $ | 228.14 | Debit Card | AMAC | Ace Motor Acceptance |
| JIMMY SELLERS | 07/19/2018 | Payment | $ | 228.14 | Debit Card | AMAC | Ace Motor Acceptance |
| JOSEPH STRAIN | 06/27/2018 | Payment | $ | 180.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JOSEPH STRAIN | 07/11/2018 | Payment | $ | 160.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JOSEPH STRAIN | 07/25/2018 | Payment | $ | 168.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JOSEPH STRAIN | 07/26/2018 | Payment | $ | 84.29 | Debit Card | AMAC | Ace Motor Acceptance |
| SHARIKA THORNWELL | 06/28/2018 | Payment | $ | 199.41 | Debit Card | AMAC | Ace Motor Acceptance |
| SHARIKA THORNWELL | 07/12/2018 | Payment | $ | 199.41 | Debit Card | AMAC | Ace Motor Acceptance |
| VOEUN VOEUTH | 06/29/2018 | Payment | $ | 238.88 | Debit Card | AMAC | Ace Motor Acceptance |
| VOEUN VOEUTH | 07/13/2018 | Payment | $ | 238.88 | Debit Card | AMAC | Ace Motor Acceptance |
| VOEUN VOEUTH | 07/26/2018 | Payment | $ | 238.88 | Debit Card | AMAC | Ace Motor Acceptance |
| MEAGAN EARNEY | 06/29/2018 | Payment | $ | 203.02 | Debit Card | AMAC | Ace Motor Acceptance |
| MEAGAN EARNEY | 07/13/2018 | Payment | $ | 203.02 | Debit Card | AMAC | Ace Motor Acceptance |
| MEAGAN EARNEY | 07/19/2018 | Payment | $ | 203.02 | Cash | AMAC | Ace Motor Acceptance |
| MEAGAN EARNEY | 07/19/2018 | Payment | $ | 203.02 | Cash | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/02/2018 | Payment | $ | 287.91 | Debit Card | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/06/2018 | Payment | $ | 287.91 | Debit Card | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/13/2018 | Payment | $ | 248.20 | Debit Card | AMAC | Ace Motor Acceptance |
| DEVIN JOHNSON | 07/27/2018 | Payment | $ | 238.34 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | | | Amount | | | |
|---|---|---|---|---|---|---|---|
| DEVIN JOHNSON | 07/27/2018 | Payment | $ | 49.57 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGELA MACKEY | 07/13/2018 | Payment | $ | 237.28 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGELA MACKEY | 07/27/2018 | Payment | $ | 237.28 | Debit Card | AMAC | Ace Motor Acceptance |
| SANDY MCCALLISTER | 07/05/2018 | Payment | $ | 247.78 | Debit Card | AMAC | Ace Motor Acceptance |
| SANDY MCCALLISTER | 07/18/2018 | Payment | $ | 247.78 | Debit Card | AMAC | Ace Motor Acceptance |
| DENNIS BLAIR | 06/28/2018 | Payment | $ | 248.64 | Debit Card | AMAC | Ace Motor Acceptance |
| DENNIS BLAIR | 07/13/2018 | Payment | $ | 248.64 | Debit Card | AMAC | Ace Motor Acceptance |
| DENNIS BLAIR | 07/27/2018 | Payment | $ | 248.64 | Debit Card | AMAC | Ace Motor Acceptance |
| KEITH HARMON | 06/22/2018 | Payment | $ | 237.43 | Debit Card | AMAC | Ace Motor Acceptance |
| KEITH HARMON | 07/06/2018 | Payment | $ | 237.43 | Debit Card | AMAC | Ace Motor Acceptance |
| KEITH HARMON | 07/20/2018 | Payment | $ | 237.43 | Debit Card | AMAC | Ace Motor Acceptance |
| ROBYN POTTS | 07/05/2018 | Payment | $ | 228.87 | Debit Card | AMAC | Ace Motor Acceptance |
| ROBYN POTTS | 07/19/2018 | Payment | $ | 228.87 | Debit Card | AMAC | Ace Motor Acceptance |
| KIMBERLY JOHNSON | 06/29/2018 | Payment | $ | 208.41 | Debit Card | AMAC | Ace Motor Acceptance |
| JOVON BERRY | 06/29/2018 | Payment | $ | 156.44 | Debit Card | AMAC | Ace Motor Acceptance |
| JOVON BERRY | 07/13/2018 | Payment | $ | 305.43 | Debit Card | AMAC | Ace Motor Acceptance |
| PATRICIA BROWN | 06/29/2018 | Payment | $ | 228.95 | Debit Card | AMAC | Ace Motor Acceptance |
| PATRICIA BROWN | 07/13/2018 | Payment | $ | 240.00 | Cash | AMAC | Ace Motor Acceptance |
| TIMOTHY BYERS | 06/21/2018 | Payment | $ | 234.66 | Debit Card | AMAC | Ace Motor Acceptance |
| TIMOTHY BYERS | 07/12/2018 | Payment | $ | 250.13 | Debit Card | AMAC | Ace Motor Acceptance |
| TIMOTHY BYERS | 07/19/2018 | Payment | $ | 238.22 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | | | Amount | | AMAC | Ace Motor Acceptance |
|---|---|---|---|---|---|---|---|
| TIMOTHY BYERS | 07/19/2018 | Payment | $ | 238.22 | Debit Card | AMAC | Ace Motor Acceptance |
| WILLIAM CLYBURN | 06/21/2018 | Payment | $ | 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| WILLIAM CLYBURN | 06/21/2018 | Payment | $ | 200.00 | Debit Card | AMAC | Ace Motor Acceptance |
| WILLIAM CLYBURN | 06/28/2018 | Payment | $ | 7.20 | Debit Card | AMAC | Ace Motor Acceptance |
| WILLIAM CLYBURN | 06/28/2018 | Payment | $ | 137.13 | Debit Card | AMAC | Ace Motor Acceptance |
| WILLIAM CLYBURN | 07/12/2018 | Payment | $ | 250.03 | Debit Card | AMAC | Ace Motor Acceptance |
| WILLIAM CLYBURN | 07/26/2018 | Payment | $ | 250.03 | Debit Card | AMAC | Ace Motor Acceptance |
| REGGIE ERVIN | 07/11/2018 | Payment | $ | 149.95 | Debit Card | AMAC | Ace Motor Acceptance |
| REGGIE ERVIN | 07/11/2018 | Payment | $ | 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| REGGIE ERVIN | 07/12/2018 | Payment | $ | 249.95 | Debit Card | AMAC | Ace Motor Acceptance |
| APRIL GOMEZ | 06/22/2018 | Payment | $ | 200.00 | Money Order | AMAC | Ace Motor Acceptance |
| APRIL GOMEZ | 07/06/2018 | Payment | $ | 200.00 | Money Order | AMAC | Ace Motor Acceptance |
| APRIL GOMEZ | 07/18/2018 | Payment | $ | 238.69 | Debit Card | AMAC | Ace Motor Acceptance |
| VICKIE GROLL | 06/22/2018 | Payment | $ | 228.37 | Debit Card | AMAC | Ace Motor Acceptance |
| VICKIE GROLL | 07/06/2018 | Payment | $ | 228.37 | Debit Card | AMAC | Ace Motor Acceptance |
| VICKIE GROLL | 07/20/2018 | Payment | $ | 228.37 | Debit Card | AMAC | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 06/21/2018 | Payment | $ | 50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 06/23/2018 | Payment | $ | 140.00 | Debit Card | AMAC | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $ | 50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $ | 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $ | 30.80 | Debit Card | AMAC | Ace Motor Acceptance |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/12/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DEIRDRE JOHNSON | 07/20/2018 | Payment | $ | 228.78 Debit Card | AMAC | Ace Motor Acceptance |
| RICHARD LOGAN | 06/22/2018 | Payment | $ | 247.94 Debit Card | AMAC | Ace Motor Acceptance |
| RICHARD LOGAN | 07/06/2018 | Payment | $ | 247.94 Debit Card | AMAC | Ace Motor Acceptance |
| RICHARD LOGAN | 07/20/2018 | Payment | $ | 247.94 Debit Card | AMAC | Ace Motor Acceptance |
| A BREONA MCCORKLE | 07/02/2018 | Payment | $ | 237.70 Debit Card | AMAC | Ace Motor Acceptance |
| A BREONA MCCORKLE | 07/05/2018 | Payment | $ | 11.89 Debit Card | AMAC | Ace Motor Acceptance |
| A BREONA MCCORKLE | 07/19/2018 | Payment | $ | 237.70 Debit Card | AMAC | Ace Motor Acceptance |
| A BREONA MCCORKLE | 07/20/2018 | Payment | $ | 249.59 Debit Card | AMAC | Ace Motor Acceptance |
| KEVIN McDUFFIE | 07/03/2018 | Payment | $ | 238.35 Debit Card | AMAC | Ace Motor Acceptance |
| KEVIN McDUFFIE | 07/18/2018 | Payment | $ | 100.00 Cash | AMAC | Ace Motor Acceptance |
| KEVIN McDUFFIE | 07/18/2018 | Payment | $ | 138.35 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 06/22/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 06/22/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 06/22/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/13/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/13/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/20/2018 | Payment | $ | 20.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/20/2018 | Payment | $ | 20.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/20/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |

| | | | | | |
|---|---|---|---|---|---|
| JONII MORINGS GREEN | 07/20/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/20/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/27/2018 | Payment | $ | 275.22 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/27/2018 | Payment | $ | 236.32 Debit Card | AMAC | Ace Motor Acceptance |
| JONII MORINGS GREEN | 07/27/2018 | Payment | $ | 13.00 Debit Card | AMAC | Ace Motor Acceptance |
| NATALIE TAYLOR | 06/28/2018 | Payment | $ | 250.30 Debit Card | AMAC | Ace Motor Acceptance |
| NATALIE TAYLOR | 07/12/2018 | Payment | $ | 250.30 Debit Card | AMAC | Ace Motor Acceptance |
| NATALIE TAYLOR | 07/27/2018 | Payment | $ | 250.00 Debit Card | AMAC | Ace Motor Acceptance |
| NATALIE TAYLOR | 07/28/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| SIERRA WALTON | 07/03/2018 | Payment | $ | 237.85 Debit Card | AMAC | Ace Motor Acceptance |
| SIERRA WALTON | 07/03/2018 | Payment | $ | 179.52 Debit Card | AMAC | Ace Motor Acceptance |
| SIERRA WALTON | 07/03/2018 | Payment | $ | 11.89 Debit Card | AMAC | Ace Motor Acceptance |
| JOHN CLINTON | 07/09/2018 | Payment | $ | 236.34 Debit Card | AMAC | Ace Motor Acceptance |
| JOHN CLINTON | 07/24/2018 | Payment | $ | 237.00 Debit Card | AMAC | Ace Motor Acceptance |
| YVONDA CZELUSNIAK | 06/29/2018 | Payment | $ | 479.12 Debit Card | AMAC | Ace Motor Acceptance |
| YVONDA CZELUSNIAK | 07/11/2018 | Payment | $ | 162.04 Debit Card | AMAC | Ace Motor Acceptance |
| YVONDA CZELUSNIAK | 07/11/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |
| YVONDA CZELUSNIAK | 07/11/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |
| DARNITIA MCGRIFF | 06/22/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DARNITIA MCGRIFF | 06/22/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DARNITIA MCGRIFF | 07/06/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | Amount | | Account |
|---|---|---|---|---|---|
| DARNITIA MCGRIFF | 07/06/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DARNITIA MCGRIFF | 07/06/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DARNITIA MCGRIFF | 07/07/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| DAVID MINGO | 06/29/2018 | Payment | $ | 198.68 Debit Card | AMAC | Ace Motor Acceptance |
| DAVID MINGO | 07/13/2018 | Payment | $ | 198.68 Debit Card | AMAC | Ace Motor Acceptance |
| JOSHUA THREATT | 06/22/2018 | Payment | $ | 163.00 Debit Card | AMAC | Ace Motor Acceptance |
| JOSHUA THREATT | 06/30/2018 | Payment | $ | 158.88 Debit Card | AMAC | Ace Motor Acceptance |
| MATTIE WOODLEY | 07/02/2018 | Payment | $ | 198.40 Debit Card | AMAC | Ace Motor Acceptance |
| MATTIE WOODLEY | 07/31/2018 | Payment | $ | 208.32 Debit Card | AMAC | Ace Motor Acceptance |
| LAPRESHA BARBER | 07/02/2018 | Payment | $ | 100.00 Cash | AMAC | Ace Motor Acceptance |
| LAPRESHA BARBER | 07/16/2018 | Payment | $ | 240.00 Cash | AMAC | Ace Motor Acceptance |
| LAPRESHA BARBER | 07/30/2018 | Payment | $ | 251.00 Cash | AMAC | Ace Motor Acceptance |
| LAPRESHA BARBER | 07/30/2018 | Payment | $ | 5.00 Cash | AMAC | Ace Motor Acceptance |
| PATRICK BAILEY | 07/25/2018 | Payment | $ | 150.00 Debit Card | AMAC | Ace Motor Acceptance |
| KIMBERLY JOHNSON | 07/13/2018 | Payment | $ | 208.41 Debit Card | AMAC | Ace Motor Acceptance |
| TICARA HARRIS | 06/21/2018 | Payment | $ | 237.17 Debit Card | AMAC | Ace Motor Acceptance |
| TICARA HARRIS | 07/05/2018 | Payment | $ | 237.17 Debit Card | AMAC | Ace Motor Acceptance |
| TICARA HARRIS | 07/19/2018 | Payment | $ | 237.17 Debit Card | AMAC | Ace Motor Acceptance |
| LATONYA HICKS | 06/22/2018 | Payment | $ | 236.83 Debit Card | AMAC | Ace Motor Acceptance |
| LATONYA HICKS | 07/06/2018 | Payment | $ | 236.83 Debit Card | AMAC | Ace Motor Acceptance |
| LATONYA HICKS | 07/19/2018 | Payment | $ | 236.83 Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | | | Amount | Method | | |
|---|---|---|---|---|---|---|---|
| LATONYA HICKS | 07/20/2018 | Payment | $ | 236.83 | Debit Card | AMAC | Ace Motor Acceptance |
| JESSICA EVANS | 06/22/2018 | Payment | $ | 237.53 | Debit Card | AMAC | Ace Motor Acceptance |
| JESSICA EVANS | 07/06/2018 | Payment | $ | 237.53 | Debit Card | AMAC | Ace Motor Acceptance |
| JESSICA EVANS | 07/20/2018 | Payment | $ | 237.53 | Debit Card | AMAC | Ace Motor Acceptance |
| ALICHIA SINGLETON | 06/21/2018 | Payment | $ | 237.84 | Debit Card | AMAC | Ace Motor Acceptance |
| ALICHIA SINGLETON | 07/19/2018 | Payment | $ | 11.89 | Debit Card | AMAC | Ace Motor Acceptance |
| NATANIEL GILLISPIE | 06/21/2018 | Payment | $ | 236.11 | Debit Card | AMAC | Ace Motor Acceptance |
| NATANIEL GILLISPIE | 07/20/2018 | Payment | $ | 272.22 | Debit Card | AMAC | Ace Motor Acceptance |
| NATANIEL GILLISPIE | 07/21/2018 | Payment | $ | 200.00 | Cash | AMAC | Ace Motor Acceptance |
| ANTONIO ROLLINS | 06/29/2018 | Payment | $ | 240.00 | Cash | AMAC | Ace Motor Acceptance |
| ANTONIO ROLLINS | 07/13/2018 | Payment | $ | 235.19 | Debit Card | AMAC | Ace Motor Acceptance |
| ANTONIO ROLLINS | 07/19/2018 | Payment | $ | 237.60 | Debit Card | AMAC | Ace Motor Acceptance |
| BRYTARIAN FERGUSON | 06/22/2018 | Payment | $ | 237.93 | Debit Card | AMAC | Ace Motor Acceptance |
| BRYTARIAN FERGUSON | 07/05/2018 | Payment | $ | 119.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BRYTARIAN FERGUSON | 07/13/2018 | Payment | $ | 119.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BRYTARIAN FERGUSON | 07/20/2018 | Payment | $ | 237.93 | Debit Card | AMAC | Ace Motor Acceptance |
| DEBORAH CUNNINGHAM | 07/03/2018 | Payment | $ | 249.23 | Debit Card | AMAC | Ace Motor Acceptance |
| DEBORAH CUNNINGHAM | 07/18/2018 | Payment | $ | 249.23 | Debit Card | AMAC | Ace Motor Acceptance |
| BRANDON WILKS | 06/29/2018 | Payment | $ | 232.92 | Debit Card | AMAC | Ace Motor Acceptance |
| BRANDON WILKS | 07/13/2018 | Payment | $ | 236.46 | Debit Card | AMAC | Ace Motor Acceptance |
| ANGELA MOBLEY | 07/12/2018 | Payment | $ | 440.00 | Cash | AMAC | Ace Motor Acceptance |

| Name | Date | | | Amount | | |
|---|---|---|---|---|---|---|
| BRITTANY MOORE | 06/21/2018 | Payment | $ | 237.97 Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 07/05/2018 | Payment | $ | 237.97 Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 07/19/2018 | Payment | $ | 10.00 Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 07/19/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 07/19/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY MOORE | 07/19/2018 | Payment | $ | 177.97 Debit Card | AMAC | Ace Motor Acceptance |
| WENDY STYWALT | 06/22/2018 | Payment | $ | 197.93 Debit Card | AMAC | Ace Motor Acceptance |
| WENDY STYWALT | 07/10/2018 | Payment | $ | 195.00 Debit Card | AMAC | Ace Motor Acceptance |
| WENDY STYWALT | 07/20/2018 | Payment | $ | 12.83 Debit Card | AMAC | Ace Motor Acceptance |
| WENDY STYWALT | 07/20/2018 | Payment | $ | 197.93 Debit Card | AMAC | Ace Motor Acceptance |
| DIEDRA PHILLIPS | 06/22/2018 | Payment | $ | 235.04 Debit Card | AMAC | Ace Motor Acceptance |
| DIEDRA PHILLIPS | 07/06/2018 | Payment | $ | 258.54 Debit Card | AMAC | Ace Motor Acceptance |
| DIEDRA PHILLIPS | 07/20/2018 | Payment | $ | 235.04 Debit Card | AMAC | Ace Motor Acceptance |
| DIEDRA PHILLIPS | 07/27/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| LORI THOMAS | 06/22/2018 | Payment | $ | 237.55 Debit Card | AMAC | Ace Motor Acceptance |
| LORI THOMAS | 07/06/2018 | Payment | $ | 237.55 Debit Card | AMAC | Ace Motor Acceptance |
| LORI THOMAS | 07/20/2018 | Payment | $ | 237.55 Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 06/29/2018 | Payment | $ | 15.63 Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 06/29/2018 | Payment | $ | 238.26 Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 07/13/2018 | Payment | $ | 238.26 Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 08/01/2018 | Payment | $ | 87.15 Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | | | Amount | | |
|------|------|--|--|--------|--|--|
| YOLANDA GORDON | 08/01/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |
| YOLANDA GORDON | 08/01/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DAVIS | 06/30/2018 | Payment | $ | 472.50 Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DAVIS | 06/30/2018 | Payment | $ | 236.27 Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DAVIS | 07/27/2018 | Payment | $ | 19.05 Debit Card | AMAC | Ace Motor Acceptance |
| EBONI HEMPHILL | 06/22/2018 | Payment | $ | 238.59 Debit Card | AMAC | Ace Motor Acceptance |
| EBONI HEMPHILL | 07/06/2018 | Payment | $ | 238.59 Debit Card | AMAC | Ace Motor Acceptance |
| EBONI HEMPHILL | 07/19/2018 | Payment | $ | 181.00 Debit Card | AMAC | Ace Motor Acceptance |
| EBONI HEMPHILL | 07/27/2018 | Payment | $ | 60.00 Debit Card | AMAC | Ace Motor Acceptance |
| EMMA CALDWELL | 07/20/2018 | Payment | $ | 9.80 Debit Card | AMAC | Ace Motor Acceptance |
| EMMA CALDWELL | 07/20/2018 | Payment | $ | 237.17 Debit Card | AMAC | Ace Motor Acceptance |
| EMMA CALDWELL | 07/30/2018 | Payment | $ | 249.00 Debit Card | AMAC | Ace Motor Acceptance |
| RAHEEMAH WILLIAMS | 06/22/2018 | Payment | $ | 237.67 Debit Card | AMAC | Ace Motor Acceptance |
| RAHEEMAH WILLIAMS | 07/06/2018 | Payment | $ | 237.67 Debit Card | AMAC | Ace Motor Acceptance |
| RAHEEMAH WILLIAMS | 07/20/2018 | Payment | $ | 237.67 Debit Card | AMAC | Ace Motor Acceptance |
| QUATARIUS HOPE | 07/12/2018 | Payment | $ | 238.76 Debit Card | AMAC | Ace Motor Acceptance |
| QUATARIUS HOPE | 07/13/2018 | Payment | $ | 238.76 Debit Card | AMAC | Ace Motor Acceptance |
| TYRONE GOODWIN | 06/27/2018 | Payment | $ | 216.88 Debit Card | AMAC | Ace Motor Acceptance |
| TYRONE GOODWIN | 07/12/2018 | Payment | $ | 50.00 Debit Card | AMAC | Ace Motor Acceptance |
| TYRONE GOODWIN | 07/19/2018 | Payment | $ | 10.00 Debit Card | AMAC | Ace Motor Acceptance |
| TYRONE GOODWIN | 07/25/2018 | Payment | $ | 100.00 Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | Amount | Method | | |
|---|---|---|---|---|---|---|
| TYRONE GOODWIN | 07/25/2018 | Payment | $ 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JACQUELINE ROYAL | 06/22/2018 | Payment | $ 237.73 | Debit Card | AMAC | Ace Motor Acceptance |
| JACQUELINE ROYAL | 07/03/2018 | Payment | $ 237.73 | Debit Card | AMAC | Ace Motor Acceptance |
| JACQUELINE ROYAL | 07/18/2018 | Payment | $ 237.73 | Debit Card | AMAC | Ace Motor Acceptance |
| MICHAEL CAMPBELL | 06/29/2018 | Payment | $ 237.11 | Debit Card | AMAC | Ace Motor Acceptance |
| MICHAEL CAMPBELL | 07/13/2018 | Payment | $ 237.11 | Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DUFF | 06/29/2018 | Payment | $ 237.25 | Cash | AMAC | Ace Motor Acceptance |
| BRIAN DUFF | 07/20/2018 | Payment | $ 237.05 | Debit Card | AMAC | Ace Motor Acceptance |
| BRIAN DUFF | 07/28/2018 | Payment | $ 237.15 | Debit Card | AMAC | Ace Motor Acceptance |
| SHYQUELLA KIDD | 07/05/2018 | Payment | $ 237.01 | Debit Card | AMAC | Ace Motor Acceptance |
| SHYQUELLA KIDD | 07/18/2018 | Payment | $ 237.01 | Debit Card | AMAC | Ace Motor Acceptance |
| KIERRA RIVERS | 06/22/2018 | Payment | $ 238.64 | Debit Card | AMAC | Ace Motor Acceptance |
| KIERRA RIVERS | 07/20/2018 | Payment | $ 238.64 | Debit Card | AMAC | Ace Motor Acceptance |
| KESHAWN WADE | 06/25/2018 | Payment | $ 227.01 | Debit Card | AMAC | Ace Motor Acceptance |
| KESHAWN WADE | 07/27/2018 | Payment | $ 11.35 | Debit Card | AMAC | Ace Motor Acceptance |
| TRAMAINE DAVIE | 06/28/2018 | Payment | $ 198.50 | Debit Card | AMAC | Ace Motor Acceptance |
| TRAMAINE DAVIE | 07/06/2018 | Payment | $ 198.50 | Debit Card | AMAC | Ace Motor Acceptance |
| TRAMAINE DAVIE | 07/26/2018 | Payment | $ 198.50 | Debit Card | AMAC | Ace Motor Acceptance |
| TERRY JOLLY | 07/03/2018 | Payment | $ 445.86 | Debit Card | AMAC | Ace Motor Acceptance |
| JUAN MEDINA | 06/29/2018 | Payment | $ 20.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JUAN MEDINA | 07/05/2018 | Payment | $ 190.00 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | | Amount | Method | | |
|---|---|---|---|---|---|---|---|
| JUAN MEDINA | 07/19/2018 | Payment | $ | 50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JUAN MEDINA | 07/20/2018 | Payment | $ | 7.03 | Debit Card | AMAC | Ace Motor Acceptance |
| TARENA MOORE | 06/22/2018 | Payment | $ | 251.40 | Debit Card | AMAC | Ace Motor Acceptance |
| TARENA MOORE | 06/29/2018 | Payment | $ | 218.56 | Debit Card | AMAC | Ace Motor Acceptance |
| TARENA MOORE | 07/14/2018 | Payment | $ | 60.00 | Cash | AMAC | Ace Motor Acceptance |
| TARENA MOORE | 07/14/2018 | Payment | $ | 140.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY DAY | 06/30/2018 | Payment | $ | 199.22 | Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY DAY | 07/09/2018 | Payment | $ | 199.22 | Debit Card | AMAC | Ace Motor Acceptance |
| BRITTANY DAY | 07/28/2018 | Payment | $ | 199.22 | Debit Card | AMAC | Ace Motor Acceptance |
| IVY COLEMAN | 07/02/2018 | Payment | $ | 228.94 | Debit Card | AMAC | Ace Motor Acceptance |
| IVY COLEMAN | 07/28/2018 | Payment | $ | 307.00 | Debit Card | AMAC | Ace Motor Acceptance |
| JENNIFER SEARS | 06/22/2018 | Payment | $ | 237.67 | Debit Card | AMAC | Ace Motor Acceptance |
| JENNIFER SEARS | 06/22/2018 | Payment | $ | 228.38 | Debit Card | AMAC | Ace Motor Acceptance |
| JENNIFER SEARS | 07/06/2018 | Payment | $ | 228.38 | Debit Card | AMAC | Ace Motor Acceptance |
| JENNIFER SEARS | 07/20/2018 | Payment | $ | 228.38 | Debit Card | AMAC | Ace Motor Acceptance |
| KENDARIOUS BEAVERS | 06/22/2018 | Payment | $ | 198.04 | Debit Card | AMAC | Ace Motor Acceptance |
| KENDARIOUS BEAVERS | 07/06/2018 | Payment | $ | 198.04 | Debit Card | AMAC | Ace Motor Acceptance |
| KENDARIOUS BEAVERS | 07/20/2018 | Payment | $ | 198.04 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/11/2018 | Payment | $ | 50.00 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/11/2018 | Payment | $ | 102.14 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/11/2018 | Payment | $ | 100.00 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | | | Amount | | | |
|---|---|---|---|---|---|---|---|
| TABITHA KIRKWOOD | 07/11/2018 | Payment | $ | 100.00 | Debit Card | AMAC | Ace Motor Acceptance |
| TABITHA KIRKWOOD | 07/27/2018 | Payment | $ | 123.00 | Debit Card | AMAC | Ace Motor Acceptance |
| BRADLEY ROSARIO | 06/21/2018 | Payment | $ | 239.76 | Debit Card | AMAC | Ace Motor Acceptance |
| BRADLEY ROSARIO | 07/05/2018 | Payment | $ | 239.76 | Debit Card | AMAC | Ace Motor Acceptance |
| BRADLEY ROSARIO | 07/19/2018 | Payment | $ | 239.76 | Debit Card | AMAC | Ace Motor Acceptance |
| KRISTEN BUTLER | 06/27/2018 | Payment | $ | 197.52 | Debit Card | AMAC | Ace Motor Acceptance |
| KRISTEN BUTLER | 07/11/2018 | Payment | $ | 197.52 | Debit Card | AMAC | Ace Motor Acceptance |
| KRISTEN BUTLER | 07/25/2018 | Payment | $ | 197.52 | Debit Card | AMAC | Ace Motor Acceptance |
| TRUMALE CHERRY | 06/22/2018 | Payment | $ | 219.41 | Debit Card | AMAC | Ace Motor Acceptance |
| TRUMALE CHERRY | 07/25/2018 | Payment | $ | 449.79 | Debit Card | AMAC | Ace Motor Acceptance |
| STEPHANIE THOMPSON | 06/25/2018 | Payment | $ | 199.23 | Debit Card | AMAC | Ace Motor Acceptance |
| STEPHANIE THOMPSON | 07/11/2018 | Payment | $ | 199.23 | Debit Card | AMAC | Ace Motor Acceptance |
| STEPHANIE THOMPSON | 07/25/2018 | Payment | $ | 199.23 | Debit Card | AMAC | Ace Motor Acceptance |
| KENNETH HAWKINS | 06/29/2018 | Payment | $ | 94.00 | Debit Card | AMAC | Ace Motor Acceptance |
| KENNETH HAWKINS | 06/30/2018 | Payment | $ | 94.92 | Debit Card | AMAC | Ace Motor Acceptance |
| DRACARIUS STEWART | 06/26/2018 | Payment | $ | 208.56 | Debit Card | AMAC | Ace Motor Acceptance |
| DRACARIUS STEWART | 07/10/2018 | Payment | $ | 208.56 | Debit Card | AMAC | Ace Motor Acceptance |
| DRACARIUS STEWART | 07/24/2018 | Payment | $ | 208.56 | Debit Card | AMAC | Ace Motor Acceptance |
| CECILIA MARTINO | 06/22/2018 | Payment | $ | 249.55 | Debit Card | AMAC | Ace Motor Acceptance |
| CECILIA MARTINO | 07/14/2018 | Payment | $ | 90.00 | Debit Card | AMAC | Ace Motor Acceptance |
| CECILIA MARTINO | 07/20/2018 | Payment | $ | 100.06 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | | Amount | Method | Lender | Creditor |
|---|---|---|---|---|---|---|---|
| JASON WILKINS | 07/05/2018 | Payment | $ | 240.00 | Cash | AMAC | Ace Motor Acceptance |
| JASON WILKINS | 07/13/2018 | Payment | $ | 240.00 | Cash | AMAC | Ace Motor Acceptance |
| JASON WILKINS | 07/27/2018 | Payment | $ | 240.00 | Cash | AMAC | Ace Motor Acceptance |
| SETERRIA PERRY | 07/03/2018 | Payment | $ | 198.40 | Debit Card | AMAC | Ace Motor Acceptance |
| SETERRIA PERRY | 07/17/2018 | Payment | $ | 198.40 | Debit Card | AMAC | Ace Motor Acceptance |
| SETERRIA PERRY | 07/31/2018 | Payment | $ | 198.40 | Debit Card | AMAC | Ace Motor Acceptance |
| JOHNNY BIVENS | 06/22/2018 | Payment | $ | 238.42 | Debit Card | AMAC | Ace Motor Acceptance |
| JOHNNY BIVENS | 07/06/2018 | Payment | $ | 238.42 | Debit Card | AMAC | Ace Motor Acceptance |
| JOHNNY BIVENS | 07/20/2018 | Payment | $ | 238.42 | Debit Card | AMAC | Ace Motor Acceptance |
| SHYTAVIA PAGAN | 07/02/2018 | Payment | $ | 376.00 | Debit Card | AMAC | Ace Motor Acceptance |
| DETERRIOUS WYNN | 06/23/2018 | Payment | $ | 188.60 | Debit Card | AMAC | Ace Motor Acceptance |
| DETERRIOUS WYNN | 06/30/2018 | Payment | $ | 197.57 | Debit Card | AMAC | Ace Motor Acceptance |
| DETERRIOUS WYNN | 07/07/2018 | Payment | $ | 188.60 | Debit Card | AMAC | Ace Motor Acceptance |
| DETERRIOUS WYNN | 07/27/2018 | Payment | $ | 188.60 | Debit Card | AMAC | Ace Motor Acceptance |
| MICHAEL KENDRICK | 06/26/2018 | Payment | $ | 237.54 | Debit Card | AMAC | Ace Motor Acceptance |
| MICHAEL KENDRICK | 07/06/2018 | Payment | $ | 237.54 | Debit Card | AMAC | Ace Motor Acceptance |
| MICHAEL KENDRICK | 07/24/2018 | Payment | $ | 237.54 | Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA SEAMON | 06/22/2018 | Payment | $ | 167.55 | Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA SEAMON | 07/06/2018 | Payment | $ | 167.55 | Debit Card | AMAC | Ace Motor Acceptance |
| NATASHA SEAMON | 07/20/2018 | Payment | $ | 167.55 | Debit Card | AMAC | Ace Motor Acceptance |
| SARAH FRANCOIS | 06/27/2018 | Payment | $ | 168.09 | Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | | Amount | | |
|------|------|------|---|--------|---|---|
| SARAH FRANCOIS | 07/12/2018 | Payment | $ | 168.09 Debit Card | AMAC | Ace Motor Acceptance |
| SARAH FRANCOIS | 07/28/2018 | Payment | $ | 168.09 Debit Card | AMAC | Ace Motor Acceptance |
| JAMES CARR | 06/22/2018 | Payment | $ | 298.20 Debit Card | AMAC | Ace Motor Acceptance |
| JAMES CARR | 07/06/2018 | Payment | $ | 298.20 Debit Card | AMAC | Ace Motor Acceptance |
| JAMES CARR | 07/20/2018 | Payment | $ | 298.20 Debit Card | AMAC | Ace Motor Acceptance |
| ALEXIS PRINCE | 06/22/2018 | Payment | $ | 175.26 Debit Card | AMAC | Ace Motor Acceptance |
| ALEXIS PRINCE | 07/06/2018 | Payment | $ | 175.26 Debit Card | AMAC | Ace Motor Acceptance |
| ALEXIS PRINCE | 07/20/2018 | Payment | $ | 175.26 Debit Card | AMAC | Ace Motor Acceptance |
| SHERRY VAUGHN | 06/26/2018 | Payment | $ | 158.33 Debit Card | AMAC | Ace Motor Acceptance |
| SHERRY VAUGHN | 07/11/2018 | Payment | $ | 158.33 Debit Card | AMAC | Ace Motor Acceptance |
| SHERRY VAUGHN | 07/30/2018 | Payment | $ | 5,183.00 Check | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU JACKSON | 06/27/2018 | Payment | $ | 143.18 Debit Card | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU JACKSON | 07/03/2018 | Payment | $ | 4.98 Debit Card | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU JACKSON | 07/12/2018 | Payment | $ | 74.18 Cash | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU JACKSON | 07/17/2018 | Payment | $ | 73.98 Debit Card | AMAC | Ace Motor Acceptance |
| KAILA SHANTEAU JACKSON | 07/24/2018 | Payment | $ | 148.16 Debit Card | AMAC | Ace Motor Acceptance |
| JERALDINE PINEDO | 06/28/2018 | Payment | $ | 237.34 Debit Card | AMAC | Ace Motor Acceptance |
| JERALDINE PINEDO | 07/12/2018 | Payment | $ | 237.34 Debit Card | AMAC | Ace Motor Acceptance |
| JERALDINE PINEDO | 07/26/2018 | Payment | $ | 237.34 Debit Card | AMAC | Ace Motor Acceptance |
| DURRICK BREAZEALE | 06/29/2018 | Payment | $ | 218.31 Debit Card | AMAC | Ace Motor Acceptance |
| DURRICK BREAZEALE | 07/13/2018 | Payment | $ | 218.31 Debit Card | AMAC | Ace Motor Acceptance |

| Name | Date | Type | Amount | | | |
|---|---|---|---|---|---|---|
| DURRICK BREAZEALE | 07/27/2018 | Payment | $ | 218.31 Debit Card | AMAC | Ace Motor Acceptance |
| DWAYNE WALTON | 07/30/2018 | Payment | $ | 12.13 Debit Card | AMAC | Ace Motor Acceptance |
| WANDA SANDERS | 06/29/2018 | Payment | $ | 238.00 Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 06/29/2018 | Payment | $ | 40.00 Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 07/13/2018 | Payment | $ | 20.00 Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 07/18/2018 | Payment | $ | 100.02 Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 07/18/2018 | Payment | $ | 27.00 Debit Card | AMAC | Ace Motor Acceptance |
| THOMAS REID | 07/31/2018 | Payment | $ | 236.00 Debit Card | AMAC | Ace Motor Acceptance |
| MARIE IZZARD | 07/17/2018 | Payment | $ | 265.00 Debit Card | AMAC | Ace Motor Acceptance |
| NAKIA REESE | 07/25/2018 | Payment | $ | 219.50 Debit Card | AMAC | Ace Motor Acceptance |
| ROSAVELT MCLURKIN | 06/27/2018 | Payment | $ | 207.71 Debit Card | AMAC | Ace Motor Acceptance |
| SHATAVIA WASHINGTON | 06/22/2018 | Payment | $ | 239.07 Debit Card | AMAC | Ace Motor Acceptance |
| SHATAVIA WASHINGTON | 07/06/2018 | Payment | $ | 237.50 Debit Card | AMAC | Ace Motor Acceptance |
| SHATAVIA WASHINGTON | 07/11/2018 | Payment | $ | 1.57 Debit Card | AMAC | Ace Motor Acceptance |