# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ACE MOTOR ACCEPTANCE CORPORATION, | ) ) ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 18-30426 |
| | ) | |
| ACE MOTOR ACCEPTANCE CORPORATION, | ) ) ) | Chapter 11 |
| | ) | Adv. Pro. No. 18-03036 |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| MCCOY MOTORS, LLC; MCCOY MOTORS, LLC d/b/a RIDE FAST; ROBERT MCCOY, JR.; and MISTY MCCOY, | ) ) ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached **MOTION FOR ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD PARTIES AND ADDITIONAL CAUSES OF ACTION** and **MOTION FOR ORDER SHORTENING NOTICE OF HEARING ON I) PLAINTIFF'S EMERGENCY MOTION FOR ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND ADD ROBERT MCCOY III AND FLASH AUTOS, LLC; II) EMERGENCY MOTION FOR APPOINTMENT OF RECEIVER AS TO MCCOY MOTORS, LLC AND FLASH AUTOS, LLC; III) ALTERNATIVE EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AS TO MCCOY MOTORS, LLC AND FLASH AUTO, LLC** via email and first class mail as follows:

Robert McCoy, Jr.
3606 Highway 51
Fort Mill SC 29715

Robert McCoy, Jr.
robmccoy@comporium.net

Robert McCoy, Jr.
11915 John K Hall Way
Charlotte NC 28277

McCoy Motors and Misty McCoy
c/o Kristen Lang, Esq.
Lang Law Firm, P.C.
2435 Plantation Center Drive, Suite 205
Matthews, NC 28105
kharmonlang@gmail.com

Robert McCoy, III
11915 John K Hall Way
Charlotte NC 28277

Flash Autos, LLC
c/o Registered Agent, Robert McCoy III
3603 Highway 51
Fort Mill, S.C. 29715

Flash Autos, LLC
3606 Highway 51
Fort Mill, S.C. 29715

Dated:  November 20, 2018.

                                                              **THE HENDERSON LAW FIRM**

                                                               /s/James H. Henderson
                                                              James H. Henderson
                                                              State Bar No. 13536
                                                              1201 Harding Place
                                                              Charlotte NC 28204-2826
                                                              Telephone:     704.333.3444
                                                              Email:         henderson@title11.com