FILED & JUDGMENT ENTERED
Steven T. Salata

November 21 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | **Chapter 11** |
| | ) | **Case No. 18-30426** |
| **Debtor.** | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **Adversary Proceeding** |
| v. | ) | **No. 18-03036** |
| | ) | |
| **McCoy Motors, LLC;** | ) | |
| **McCoy Motors, LLC, d/b/a Ride Fast;** | ) | |
| **Robert McCoy, Jr.; and Misty McCoy** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SHORTEN NOTICE

**THIS MATTER** is before the Court on the Plaintiff's Motion for Order Shortening Notice of Hearing on I) Plaintiff's Emergency Motion for Order Granting Leave to File Second Amended Complaint and Add Robert McCoy III and Flash Autos, LLC; II) Emergency Motion for Appointment of Receiver as to McCoy Motors, LLC and Flash Autos, LLC; III) Alternative

Emergency Motion for Preliminary Injunction as to McCoy Motors, LLC and Flash Auto, LLC (the "Motion"). Given that the Motion forecasts a lengthy evidentiary hearing, the Motion is **GRANTED** to the extent that the Court will hold a hearing on the underlying motions on December 18, 2018. Accordingly, the Plaintiff is directed to notice a hearing at **9:30 A.M.** on **DECEMBER 18, 2018.**

    **SO ORDERED**.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court