**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ACE MOTOR ACCEPTANCE CORPORATION | ) ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Case No. 18-30426 |
| | ) | |
| ACE MOTOR ACCEPTANCE CORPORATION | ) ) | Chapter 11 |
| | ) | Adv. Pro. No. 18-03036 |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| MCCOY MOTORS, LLC, MCCOY MOTORS, LLC d/b/a RIDE FAST; ROBERT MCCOY, JR.; and MISTY MCCOY | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF HEARING**

The above-captioned Debtor has filed a Motion for Order Granting Leave to File Second Amended Complaint to Add Parties and Additional Causes of Action and a Motion for Order Appointing Receiver for McCoy Motors, LLC and Flash Autos LLC with the court.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)

If you do not want the Court to allow the relief sought in the motion or objection, or if you want the Court to consider your views on the Motion, then on or before December 14, 2018, you or your attorney may:

1) File with the Court a written response (an answer, explaining your position) at:

United States Bankruptcy Court
Western District of North Carolina
Charlotte Division
401 West Trade Street
Charlotte NC 28202

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2) If you file a response, you must mail a copy to:

| | |
|---|---|
| James H. Henderson | Bankruptcy Administrator |
| 1201 Harding Place | 402 West Trade Street Suite 200 |
| Charlotte, NC 28204-2826 | Charlotte NC 28202 |

3) A hearing will be held on **December 18, 2018 at 9:30 a.m.**, United States Bankruptcy Court, 401 West Trade Street, Courtroom 1-4, Charlotte, North Carolina.

All interested parties may attend and be heard. (If you do not oppose this Motion/Objection, you do not have to attend).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:   November 26, 2018.                                **THE HENDERSON LAW FIRM**

/s/ James H. Henderson
James H. Henderson
State Bar No. 13536
1120 Greenwood Cliff
Charlotte, N.C. 28204
Telephone:   704.333.3444
Facsimile:    704.333.5003
Email:        henderson@title11.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ACE MOTOR ACCEPTANCE ) | |
| CORPORATION ) | |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | Case No. 18-30426 |
| ) | |
| ACE MOTOR ACCEPTANCE ) | Chapter 11 |
| CORPORATION ) | |
| ) | Adv. Pro. No. 18-03036 |
| Plaintiff, ) | |
| ) | |
| v ) | |
| ) | |
| MCCOY MOTORS, LLC, MCCOY MOTORS, ) | |
| LLC d/b/a RIDE FAST; ROBERT MCCOY, ) | |
| JR.; and MISTY MCCOY ) | |
| ) | |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached **MOTION FOR ORDER APPOINTING RECEIVER FOR MCCOY MOTORS, LLC AND FLASH AUTOS LLC AND NOTICE OF HEARING** via email and first class mail as follows:

Robert McCoy, Jr.
3606 Highway 51
Fort Mill SC 29715

Robert McCoy, Jr.
robmccoy@comporium.net

McCoy Motors and Misty McCoy
c/o Kristen Lang, Esq.
Lang Law Firm, P.C.
2435 Plantation Center Drive, Suite 205
Matthews, NC 28105
kharmonlang@gmail.com

Robert McCoy, III
11915 John K Hall Way
Charlotte NC 28277

Flash Autos, LLC
c/o Registered Agent, Robert McCoy III
3603 Highway 51
Fort Mill, S.C. 29715

Flash Autos, LLC
3606 Highway 51
Fort Mill, S.C. 29715

Robert McCoy, Jr.
11915 John K Hall Way
Charlotte NC 28277

Dated: November 26, 2018.

                                      **THE HENDERSON LAW FIRM**
                                      **/s/**<u>James H. Henderson        </u>
                                      James H. Henderson
                                      State Bar No. 13536
                                      1120 Greenwood Cliff
                                      Charlotte NC 28204
                                      Telephone: 704.333.3444
                                      Email: henderson@title11.com