

**Re: Notice of Defective Entry # 110**
Phillip Fajgenbaum  to: Rob McCoy
Cc: henderson, kharmonlang

11/28/2018 03:43 PM

From: Phillip Fajgenbaum/NCWB/04/USCOURTS
To: Rob McCoy <robmccoy@comporium.net>
Cc: henderson <henderson@title11.com>, kharmonlang <kharmonlang@gmail.com>

Judge Whitely will not push back the hearing currently scheduled for December 18, 2018. If you would like your motion to be heard on December 18, 2018 as well, you need to properly notice your motion for that date.

Also, as noted in prior emails and in Court, please do not communicate your requests to law clerks. If there is specific relief you seek, you will need to file a motion, notice a hearing on your motion, and serve your motion on all parties in interest.

Thank you,
Phillip Fajgenbaum



| Rob McCoy | No Problem, Can the current hear... | 11/28/2018 03:29:41 PM |

From:    Rob McCoy <robmccoy@comporium.net>
To:      Phillip Fajgenbaum <Phillip_Fajgenbaum@ncwb.uscourts.gov>
Cc:      henderson <henderson@title11.com>, kharmonlang <kharmonlang@gmail.com>
Date:    11/28/2018 03:29 PM
Subject: Re: Notice of Defective Entry # 110

No Problem, Can the current hearing for 12/18 be pushed back until a date after my motion is heard?

Thank you
Robert McCoy Jr.

From: "Phillip Fajgenbaum" <Phillip_Fajgenbaum@ncwb.uscourts.gov>
To: "Rob McCoy" <robmccoy@comporium.net>
Cc: "henderson" <henderson@title11.com>, "kharmonlang" <kharmonlang@gmail.com>
Sent: Wednesday, November 28, 2018 3:09:04 PM
Subject: Re: Notice of Defective Entry # 110

Robert,

Judge Whitley does not have any earlier dates available, so any matter you wish to be heard needs to be properly noticed for December 18, 2018.

Thank you,
Phillip Fajgenbaum



From:    Rob McCoy <robmccoy@comporium.net>
To:      Phillip Fajgenbaum <Phillip_Fajgenbaum@ncwb.uscourts.gov>
Cc:      kharmonlang <kharmonlang@gmail.com>, henderson <henderson@title11.com>
Date:    11/28/2018 02:06 PM
Subject: Notice of Defective Entry # 110

Hey Phillip, I was unaware that no court date was required to schedule a hearing but apparently document #110 requires one to unscheduled a hearing. So, I need the dates Judge Whitley may have available for an emergency hearing to dismiss and oppose the 12/18/18 hearing. I will need this hearing before the 12/18/18 hearing or need the 12/18/18 hearing pushed back.

Thank You
Robert McCoy Jr.

**Pro Se**
[attachment
"Hearing.Ace_Motor_Acceptance_Corporation_v_McCoy_Motors_LLC_et_al__ncwbke-18-03036__0109.0.pdf"
deleted by Phillip Fajgenbaum/NCWB/04/USCOURTS]



Ace v. McCoy et al, AP 18-3036
Jim Henderson to: Ursula_C_Hamilton@ncwb.uscourts.gov 11/28/2018 03:40 PM
Cc: 'Rob McCoy', Kris Lang, Russ Algood, Robin Milestone
From: Jim Henderson <henderson@title11.com>
To: "Ursula_C_Hamilton@ncwb.uscourts.gov"
<Ursula_C_Hamilton@ncwb.uscourts.gov>
Cc: 'Rob McCoy' <robmccoy@comporium.net>, Kris Lang <kharmonlang@gmail.com>,
Russ Algood <russ@acemotoracceptance.com>, Robin Milestone
<rmilestone@acemotoracceptance.com>

1 Attachment

Ace v McCoy motion to strike McCoy motion for dismissal of receiver motion.pdf

Mrs. Hamilton, the parties have been advised not to contact Mr. Fajgenbaum concerning this proceeding. Nevertheless, Mr. McCoy continues to contact Mr. Fajgenbaum by email, and Mr. Fajgenbaum is responding to Mr. McCoy and copying me. Under the circumstances, I am not going to respond or copy Mr. Fajgenbaum. I would like the court to be aware of the attached motion that I filed today concerning Mr. McCoy's continued efforts to represent corporate entities in this proceeding, as well as his efforts to reschedule a hearing that Judge Whitley has set for December 18.

Please note new address effective 10.1.18

**The Henderson Law Firm, PLLC**

James H. Henderson
1120 Greenwood Cliff
Charlotte, North Carolina 28204

T   704.333.3444
F   704.333.5003
E   henderson@title11.com