| | |
|---|---|
| From: | Rob McCoy <robmccoy@comporium.net> |
| To: | henderson <henderson@title11.com> |
| Cc: | Ursula C Hamilton <Ursula_C_Hamilton@ncwb.uscourts.gov>, kharmonlang <kharmonlang@gmail.com>, russ <russ@acemotoracceptance.com>, Robin Milestone <rmilestone@acemotoracceptance.com>, kjean@ncbar.gov |
| Date: | 11/28/2018 03:58 PM |
| Subject: | Re: Ace v. McCoy et al, AP 18-3036 |

First Mr. Henderson have you ever read the First amendment? I have the Right to speak to any government employee I wish. Second, I was asking about court dates no different than you have done in the past.

I have only represented myself which is also a Constitutional Right as any party may make motions and you choose to make me a party to this.

Robert McCoy Jr
Pro Se

----- Original Message -----
From: "henderson" <henderson@title11.com>
To: "Ursula C Hamilton" <Ursula_C_Hamilton@ncwb.uscourts.gov>
Cc: "Rob McCoy" <robmccoy@comporium.net>, "kharmonlang" <kharmonlang@gmail.com>, "russ" <russ@acemotoracceptance.com>, "Robin Milestone" <rmilestone@acemotoracceptance.com>
Sent: Wednesday, November 28, 2018 3:39:42 PM
Subject: Ace v. McCoy et al, AP 18-3036

Mrs. Hamilton, the parties have been advised not to contact Mr. Fajgenbaum concerning this proceeding. Nevertheless, Mr. McCoy continues to contact Mr. Fajgenbaum by email, and Mr. Fajgenbaum is responding to Mr. McCoy and copying me. Under the circumstances, I am not going to respond or copy Mr. Fajgenbaum.

I would like the court to be aware of the attached motion that I filed today concerning Mr. McCoy's continued efforts to represent corporate entities in this proceeding, as well as his efforts to reschedule a hearing that Judge Whitley has set for December 18.

Please note new address effective 10.1.18

The Henderson Law Firm, PLLC

James H. Henderson
1120 Greenwood Cliff
Charlotte, North Carolina 28204

T    704.333.3444
F    704.333.5003
E    henderson@title11.com<mailto:henderson@title11.com>