UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No: 18-30426 |
| ACE MOTOR ACCEPTANCE | ) | Chapter 11 |
| CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ACE MOTORS ACCEPTANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No 18-3036 |
| | ) | |
| v. | ) | |
| | ) | |
| MCCOY MOTORS, LLC, MCCOY | ) | |
| MOTORS, LLC d/b/a RIDE FAST; | ) | |
| ROBERT MCCOY JR. and MISTY | ) | |
| MCCOY, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ORDER APPOINTING RECEIVER FOR RRD FINANCIAL, LLC and Auto Finance Center, LLC REQUEST FOR HEARING DATE OF DECEMBER 18, 2018.**

**Robert McCoy Jr. (a Defendant and Party) files this Motion for Order Appointing a Receiver for RRD Financial, LLC and Auto Finance Center, LLC**

1. On 9/13/2017 approximately six months before Ace filing Bankruptcy Russell Algood (the CEO and Majority Share Holder of the Debtor Ace) filed a Secured party UCC lien against his son David Algood's company RRD Financial, LLC.

2. Also on 9/13/2017 Mr. Algood also filed a Secured party UCC lien against Auto Finance Center, LLC a business technically owned by Ryan Eskandari but David Algood refers to as his dealership but could not get approved for a dealer's license due to his criminal history.

3. David Algood is also a Shareholder in Ace Motor Acceptance Corporation.

4. On 3/15/2018 the day before Ace filed Bankruptcy, Russell Algood released his UCC lien for both companies.

5. This is clear evidence that Ace and its Shareholders were using these two companies to funnel money out of Ace. Leaving the current owners in place has and will continue to do irreparable harm to the Defendant caused by fraud, gross mismanagement, criminal actions, waste and fiduciary duties. As Ace currently controls the Escrow fund but its Shareholders have a history that shows they are likely to misuse those funds.

WHEREFORE, the Debtor prays that it be granted the relief set forth herein, together with other such relief as is just under the circumstances.

## CERTIFICATE OF SERVICE

This is to certify that I this day served a copy of the attached DEFENDANT'S MOTION FOR APPOINTMENT OF RECEIVER via Clerk of Court via all parties or their attorney of record requesting notice and via email and/or the United States Post Office to the following:

This 30th day of November, 2018.

Robert McCoy
mccoymotors@live.com
mmmccoy@hotmail.com
robmccoy@comporium.net

LANG LAW FIRM
/s/ Kristin Harmon Lang
Kristin Harmon Lang, Esquire
North Carolina Bar No.: 20539
2439 Plantation Center Drive
Matthews, NC 28105
Phone: 704-907-2203
Fax: 704-847-1452
kharmonlang@gmail.com

THE HENDERSON LAW FIRM
/s/ James H. Henderson
James H. Henderson
State Bar No. 13536
1201 Harding Place

Charlotte, NC 28105
Phone: 704-333-3444
Fax: 704-333-5003
henderson@title11.com

DAVID R ALGOOD
12719 LINDRICK LANE
CHARLOTTE, NC 28277

RRD FINANCIAL, LLC
11201 E INDEPENDENCE BLVD
MATTHEWS, NC 28105

AUTO FINANCE CENTER, LLC
COSTNER LAW OFFICE, PLLC
10125 BERKELEY PLACE DRIVE
CHARLOTTE, NC 28262

RYAN ESKANDARI
11201 E INDEPENDENCE BLVD
MATTHEWS, NC 28105


Respectfully submitted this 30th day of November, 2018


_____
Robert McCoy Jr.
11915 John K Hall Way
Charlotte, NC 28277
Email: robmccoy@comporium.net

EX A

File Number: 20180025348E
Date Filed: 3/15/2018 10:07:00 AM
Elaine F. Marshall
NC Secretary of State

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Lien Solutions**

B. E-MAIL CONTACT AT FILER (optional)
**uccfilingreturn@wolterskluwer.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20170094725J

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**RUSSELL ALGOOD**

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
NC-0-63086686-54822864

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

File Number: 20170094725J
Date Filed: 9/13/2017 1:50:00 PM
Elaine F. Marshall
NC Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Labiner, Howard Mark

**B. E-MAIL CONTACT AT FILER (optional)**
hmlabiner@hotmail.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Howard Mark Labiner
PO Box 3425
Matthews, NC 28106-3425

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RRD Financial, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 12719 Lindrick Lane | Charlotte | NC | 28277 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Auto Finance Center, LLC | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 10125 Berkeley Place Drive | Charlotte | NC | 28262 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Algood | Russell | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11830 Dan Maples Drive | Charlotte | NC | 28277 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

To secure payment and performance of all obligations, Debtors hereby grant Secured Party a Purchase Money Security Interest in all inventory, equipment, and goods owned or distributed by Debtors, whenever sold, consigned, leased, rented or delivered, directly or indirectly, to or for the benefit of Debtors, wherever located, now owned or hereinafter acquired, including, but not limited to, equipment, fixtures, tools, furniture, office supplies, telephone systems, computer systems, motor vehicles, accessories, depository accounts, cash, accounts receivables, chattel paper, general intangibles, investment accounts and other investment fund accounts. The security interest extends to all repossessions and returns, and any and all proceeds from the sale of, lease of or rental of, any and all existing or subsequently arising vehicles, equipment, fixtures, tools, furniture, supplies, accounts and accounts receivable, chattel paper, depository accounts, cash, general intangibles and supporting obligations which it/they may, have from time to time, or which come into existence during the term of this Security Agreement.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
RRD Financial

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print an Amended a Annual Report form • Print a Pre-Populated Annual Report form

Exhibit C

## Limited Liability Company

**Legal Name**
RRD Financial, LLC

## Information

**SosId:** 1604173
**Status:** Current-Active
**Annual Report Status:** Current
**Citizenship:** Domestic
**Date Formed:** 6/21/2017
**Registered Agent:** Algood, David

## Addresses

| Mailing | Principal Office | Reg Office |
|---|---|---|
| 11201 E Independence Blvd | 11201 E Independence Blvd | 12719 Lindrick Ln. |
| Matthews, NC 28105 | Matthews, NC 28105 | Charlotte, NC 28277 |

**Reg Mailing**
12719 Lindrick Ln.
Charlotte, NC 28277

## Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**Chief Executive Officer**
David R Algood
12719 Lindrick Lane
Charlotte NC 28277

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print an Amended a Annual Report form • Print a Pre-Populated Annual Report form

Exhibit D

# Limited Liability Company

**Legal Name**
Auto Finance Center, LLC

# Information

**SosId:** 1598302
**Status:** Current-Active
**Annual Report Status:** Current
**Citizenship:** Domestic
**Date Formed:** 5/26/2017
**Registered Agent:** Costner Law Office, PLLC

# Addresses

**Reg Office**
10125 Berkeley Place Drive
Charlotte, NC 28262

**Reg Mailing**
10125 Berkeley Place Drive
Charlotte, NC 28262

**Mailing**
11201 E Independence Blvd
Matthews, NC 28105

**Principal Office**
11201 E Independence Blvd
Matthews, NC 28105

# Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**President**
Ryan Eskandari
11201 E Independence Blvd
Matthews NC 28105