FILED & JUDGMENT ENTERED
Steven T. Salata

December 14 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | **Chapter 11** |
| | ) | **Case No. 18-30426** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **Adversary Proceeding** |
| v. | ) | **No. 18-03036** |
| | ) | |
| **McCoy Motors, LLC;** | ) | |
| **McCoy Motors, LLC, d/b/a Ride Fast;** | ) | |
| **Robert McCoy, Jr.; and Misty McCoy** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER DENYING MOTION TO RECONSIDER

**THIS MATTER** is before the Court on the Motion of Order to Reconsider, Shorten Notice Emergency, to Quash All Subpoenas from Documents #116 and #119. Request for the Court to Make a Ruling Before They are Sent Out by Plaintiff or Hearing Date of December 18th, 2018 or Sooner (the "Motion") filed by Defendant Robert McCoy, Jr. ("McCoy") on December 12, 2018.

The Motion does not demonstrate any grounds to reconsider under Federal Rule of Bankruptcy Procedure 9024 or Federal Rule of Civil Procedure 60. Accordingly, the Motion is **DENIED**.

**SO ORDERED**.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court