UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

*FILED*
*U.S. Bankruptcy Court*
*of* ?.?

*DEC 1 4 2018* CCH

*Steven T. Salata, Clerk*
*Charlotte Division*

In Re:                                    )
                                          )
ACE MOTOR ACCEPTANCE                      )     Case No: 18-30426
CORPORATION.                              )     Chapter 11
                                          )
            Debtor.                       )
                                          )
                                          )
_____          )

ACE MOTORS ACCEPTANCE                     )
CORPORATION.                              )
                                          )
            Plaintiff.                    )     Adversary Proceeding No 18-3036
                                          )
v.                                        )
                                          )
MCCOY MOTORS, LLC, MCCOY                  )
MOTORS, LLC d/b/a RIDE FAST;              )
ROBERT MCCOY JR. and MISTY                )
MCCOY,                                    )
                                          )
            Defendants.                   )
_____          )

**MOTION FOR ORDER SHORTENING NOTICE, MOTION FOR ORDER TO STAY
THE HEARING ON DECEMBER 18TH, 2018 UNTIL AFTER JANUARY 15TH, 2019 OR
MOTION FOR CONTINUANCE UNTIL AFTER THE JANUARY 15TH HEARING.**

Background: There are three main reasons for this motion to stay. The Court's Motion and the
Bankruptcy Administrator's Motion in the main proceeding.

1.  Document #104 in the Adversary Proceeding filed by the court makes a motion for the
    case to be moved to District Court. The Granting of a STAY would give the District
    Court more time to properly decide if it wishes to take the case up.

2.  Document #115 in the main proceeding, a motion submitted by the Bankruptcy
    Administrator, seems to suggest that the Adversary case is not worth the time of the
    Estate. Even stating in line #24 "...driving up cost that will likely be borne by the estate".
    Since the motion was granted and a hearing date set of January 15th 2019 Document #120
    then the December 18th, 2018 Adversary Hearing is likely a waste of everyone's time
    including the courts.

3.  For the above reasons and the fact the Plaintiff's counsel has subpoenaed thousands
    maybe tens of thousands of documents I ask the court for a stay or at least a continuance
    until after the January 15th, 2019 hearing.

WHEREFORE, the Defendant prays that it be granted the relief set forth herein, together
with other such relief as is just under the circumstances.

## CERTIFICATE OF SERVICE

This is to certify that I this day served a copy of the attached DEFENDANT'S MOTION FOR
ORDER SHORTENING NOTICE, MOTION FOR ORDER TO STAY THE HEARING ON
DECEMBER 18TH, 2018 UNTIL AFTER JANUARY 15TH 2019 OR MOTION FOR
CONTINUANCE UNTIL AFTER THE JANUARY 15TH HEARING, via Clerk of Court via all
parties or their attorney of record requesting notice and via email and/or the United States Post
Office to the following:

This 14th day of December, 2018.

Robert McCoy Jr.
mccoymotors@live.com
mmmccoy@hotmail.com
robmccoy@comporium.net

LANG LAW FIRM
/s/ Kristin Harmon Lang
Kristin Harmon Lang, Esquire
North Carolina Bar No.: 20539
2439 Plantation Center Drive
Matthews, NC 28105

Phone: 704-907-2203
Fax: 704-847-1452
kharmonlang@gmail.com


THE HENDERSON LAW FIRM
/s/ James H. Henderson
James H. Henderson
State Bar No. 13536
1201 Harding Place
Charlotte, NC 28105
Phone: 704-333-3444
Fax: 704-333-5003
henderson@title11.com


Respectfully submitted this 14th day of December, 2018


Robert McCoy Jr.
11915 John K Hall Way
Charlotte, NC 28277
Email: robmccoy@comporium.net