FILED & JUDGMENT ENTERED
Steven T. Salata

December 14 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | **Chapter 11** |
| | ) | **Case No. 18-30426** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **Adversary Proceeding** |
| v. | ) | **No. 18-03036** |
| | ) | |
| **McCoy Motors, LLC;** | ) | |
| **McCoy Motors, LLC, d/b/a Ride Fast;** | ) | |
| **Robert McCoy, Jr.; and Misty McCoy** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER DENYING MOTION

**THIS MATTER** is before the Court on the Motion for Order Shortening Notice, Motion for Order to Stay the Hearing on December 18th, 2018 Until After January 15th, 2019 or Motion for Continuance Until After the January 15th Hearing (the "Motion") filed by Defendant Robert McCoy, Jr. ("McCoy") on December 14, 2018. This is the third motion filed by McCoy in an

effort to avoid complying with the subpoenas issued in this proceeding (Docket nos. 116 and 119) and/or to thwart the hearing scheduled for December 18, 2018. The Motion is without merit and is hereby **DENIED**.

    **SO ORDERED**.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |