# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

In re:

|  |  |  |
|---|---|---|
| Ace Motor Acceptance Corporation | ) ) | Case No.: 18-30426 |
| Debtor(s) | ) ) | Chapter 11 |
| Ace Motor Acceptance Corporation | ) ) | |
| Plaintiff(s) | ) ) | Adv. Proc. No.: 18-3036 |
| v. | ) | |
| McCoy Motors, LLC; McCoy Motors, LLC d/b/a Ride Fast; Robert McCoy, Jr. Misty McCoy | ) ) ) ) ) | |
| Defendant(s) | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned deputy clerk of the United States Bankruptcy Court for the Western District of North Carolina, hereby certifies that the **NOTICE OF APPEAL and NOTICE TO APPELLANT AND APPELLEE** was served on all parties in interest herein as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated 12/14/2018                    Tara E. Salmons
                                    Case Administrator


By CM/ECF electronic noticing on 12/14/2018:

1. Judge
2. Mr. Frank G. Johns, Clerk, U.S. District Court
3. Shelley K. Abel, U.S. Bankruptcy Administrator
4. James H. Henderson
5. Kristin Harmon Lang

By first class mail on 12/14/2018:

1. Robert McCoy, Jr., 11915 John K. Hall Way, Charlotte, NC 28277