# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In re:

| | | |
|---|---|---|
| | ) | |
| Ace Motor Acceptance | ) | Case No.: 18-30426 |
| Corporation | ) | Chapter 11 |
| Debtor(s) | ) | |
| | ) | |
| Ace Motor Acceptance | ) | |
| Corporation | ) | |
| Plaintiff(s) | ) | Adv. Proc. No.: 18-3036 |
| v. | ) | |
| McCoy Motors, LLC; | ) | |
| McCoy Motors, LLC d/b/a Ride | ) | |
| Fast; | ) | |
| Robert McCoy, Jr. | ) | |
| Misty McCoy | ) | |
| Defendant(s) | ) | |
| _____ | ) | |

## NOTICE TO APPELLANT

The Clerk acknowledges the receipt and filing of the notice of appeal of two orders in the above-referenced case.  Please be advised that, pursuant to 28 U. S. C. §1930(b), a filing fee for the notice of appeal of each order must be collected in the amount of $298.00 immediately by the Clerk.

Please forward this fee in the amount of $298.00 within **10 days** of this notice.

Dated: 12/14/2018

Steven T. Salata
Clerk of Court


By: Tara E. Salmons
Deputy Clerk