United States Bankruptcy Court
Western District of North Carolina

Ace Motor Acceptance Corporation,
    Plaintiff

Adv. Proc. No. 18-03036-jcw

McCoy Motors, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0419-3    User: williamsm    Page 1 of 1    Date Rcvd: Dec 14, 2018
                Form ID: pdf    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.
```
dft            +McCoy Motors, LLC,    3606 Highway 51,    Fort Mill, SC 29715-8351
dft            +Misty McCoy,    11915 John K Hall Way,    Charlotte, NC 28277-2855
dft            +Robert McCoy, Jr.,    3606 Highway 51,    Fort Mill, SC 29715-8351
5834221         North Carolina Department of Revenue,    Bankruptcy Unit,    P.O. Box 1168,
                 Raleigh, NC 27602-1168
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5834220         +E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 18:31:40     Internal Revenue Service,
                 P.O. Box 7317,   Philadelphia, PA 19101-7317
```
                                                                                                                                                  TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:
```
              James H. Henderson    on behalf of Plaintiff   Ace Motor Acceptance Corporation
               henderson@title11.com,   ginny@title11.com
              Kristin Harmon Lang    on behalf of Defendant Misty  McCoy kharmonlang@gmail.com
              Kristin Harmon Lang    on behalf of Defendant    McCoy Motors, LLC d/b/a Ride Fast
               kharmonlang@gmail.com
              Kristin Harmon Lang    on behalf of Defendant    McCoy Motors, LLC kharmonlang@gmail.com
```
                                                                                                                                                                                              TOTAL: 4

FILED & JUDGMENT ENTERED
Steven T. Salata

December 14 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_J. Craig Whitley_
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | Chapter 11 |
| | ) | Case No. 18-30426 |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **Adversary Proceeding** |
| v. | ) | **No. 18-03036** |
| | ) | |
| **McCoy Motors, LLC;** | ) | |
| **McCoy Motors, LLC, d/b/a Ride Fast;** | ) | |
| **Robert McCoy, Jr.; and Misty McCoy** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER DENYING MOTION TO RECONSIDER**

**THIS MATTER** is before the Court on the Motion of Order to Reconsider, Shorten Notice Emergency, to Quash All Subpoenas from Documents #116 and #119. Request for the Court to Make a Ruling Before They are Sent Out by Plaintiff or Hearing Date of December 18th, 2018 or Sooner (the "Motion") filed by Defendant Robert McCoy, Jr. ("McCoy") on December 12, 2018.

The Motion does not demonstrate any grounds to reconsider under Federal Rule of Bankruptcy Procedure 9024 or Federal Rule of Civil Procedure 60. Accordingly, the Motion is **DENIED**.

      **SO ORDERED**.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court