B2500A (12/15)



# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the matter of:<br>Ace Motor Acceptance Corporation<br>　　　　Debtor(s) | Case No. 18-30426<br><br>Chapter 11 |
| Ace Motor Acceptance Corporation<br>　　　　Plaintiff(s)<br>　v.<br>Flash Autos, LLC Robert McCoy III McCoy Motors, LLC<br>McCoy Motors, LLC d/b/a Ride Fast Robert McCoy Jr.<br>Misty McCoy<br>　　　　Defendant(s) | Adv. Proc. No. 18-03036 |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

　　　　Steven T. Salata, Clerk
　　　　U.S. BANKRUPTCY COURT
　　　　401 West Trade Street
　　　　Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

　　　　James H. Henderson
　　　　The Henderson Law Firm
　　　　1120 Greenwood Cliff
　　　　Charlotte, NC 28204

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: 12/20/2018　　　　　　　　　　s/　Steven T. Salata
　　　　　　　　　　　　　　　　　　　　　　　　　　*Clerk of the Bankruptcy Court*

Electronically filed and signed

# CERTIFICATION OF SERVICE

I, _____James H. Henderson_____ (name), certify the service of this summons and a copy of the Verified Complaint, First Amendment to Verified Complaint and Second Amended Complaint was made on __12/20/2018__ by:
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid to:

Flash Autos, LLC
c/o Registered Agent, Robert McCoy III
3603 Highway 51
Fort Mill, S.C. 29715

Robert McCoy III.
11915 John K Hall Way
Charlotte NC 28277

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____
as follows: [Describe briefly]                                                                                (name of state)

If service was made by personal service, by residence service or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __12/20/2018__                                   _____
                                                                            Signature

    Print Name:                                            James H. Henderson
    Business Address:                                 1201 Harding Place
                                                                   Charlotte NC 28204