United States Bankruptcy Court
Western District of North Carolina

Ace Motor Acceptance Corporation,
    Plaintiff

Adv. Proc. No. 18-03036-jcw

McCoy Motors, LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0419-3     User: salmonst     Page 1 of 1     Date Rcvd: Dec 18, 2018
                    Form ID: pdf     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
```
cr             +Bank of New England,    Attn: Glenn Boghosian, Esq.,    Boghosian Hawkins & Remmes,
                45 Haverhill St.,    Andover, MA 01810-1414
dft            +McCoy Motors, LLC,    3606 Highway 51,    Fort Mill, SC 29715-8351
dft            +Misty McCoy,    11915 John K Hall Way,    Charlotte, NC 28277-2855
dft            +Robert McCoy, Jr.,    3606 Highway 51,    Fort Mill, SC 29715-8351
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla             Ace Motor Acceptance Corporation
dft             McCoy Motors, LLC d/b/a Ride Fast
                                                                                             TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:
```
              James H. Henderson    on behalf of Plaintiff    Ace Motor Acceptance Corporation
               henderson@title11.com, ginny@title11.com
              Kristin Harmon Lang    on behalf of Defendant    McCoy Motors, LLC kharmonlang@gmail.com
              Kristin Harmon Lang    on behalf of Defendant Misty    McCoy kharmonlang@gmail.com
              Kristin Harmon Lang    on behalf of Defendant    McCoy Motors, LLC d/b/a Ride Fast
               kharmonlang@gmail.com
              R. Keith Johnson    on behalf of Creditor    Bank of New England rkjpa@bellsouth.net
                                                                                             TOTAL: 5
```

FILED & JUDGMENT ENTERED
Steven T. Salata

December 18 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | Chapter 11 |
| | ) | Case No. 18-30426 |
| **Debtor.** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **Ace Motor Acceptance Corporation,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **Adversary Proceeding** |
| v. | ) | **No. 18-03036** |
| | ) | |
| **McCoy Motors, LLC;** | ) | |
| **McCoy Motors, LLC, d/b/a Ride Fast;** | ) | |
| **Robert McCoy, Jr.; and Misty McCoy** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**ORDER SETTING EMERGENCY HEARING ON DECEMBER 18, 2018**

**THIS MATTER** is before the Court on a review of its docket.  On December 3, 2018, Robert McCoy, Jr. ("McCoy") filed a Motion for Order to Dismiss/Remove James Henderson as Plaintiffs/Debtors Attorney, Refer James Henderson to the US Attorney for Perjury and NC Bar for Violation of Rules Professional Conduct Request for Hearing Date of December 18, 2018 (the

"Motion to Dismiss") (Docket no. 122). However, the Motion to Dismiss was not previously scheduled. More recently, Ace Motor Acceptance Corporation ("Ace") filed its Motion for Order Striking Pro Se Objection by Robert McCoy to McCoy Motors, LLC Subpoena; Motion for Order Holding Robert McCoy in Further Contempt of Court Pursuant to Bankruptcy Rule 9016 and Rule 45(g) of the Federal Rules of Civil Procedure, Compelling Compliance and Requiring the Payment of Fees and Costs; Request for Emergency Hearing (the "McCoy Contempt Motion") (Docket no. 139) and its Motion for Order Finding Robert McCoy III in Contempt of Court Pursuant to Bankruptcy Rule 9016 and Rule 45(g) of the Federal Rules of Civil Procedure, Compelling Compliance and Requiring the Payment of Fees and Costs; Request for Emergency Hearing (the "McCoy III Contempt Motion") (Docket no. 140).

Given that the Motion to Dismiss, the McCoy Contempt Motion, and the McCoy III Contempt Motion all relate to the prior motions that are currently scheduled to be heard on December 18, 2018, and because the parties' conduct suggests that they believe that the matters will be heard on that date notwithstanding the fact that the Court has not previously given them authority to be heard then, the Court will consider the matters on that date as well, subject to continuation if necessary. Accordingly, the Court will conduct a hearing on the Motion to Dismiss, the McCoy Contempt Motion, and the McCoy III Contempt Motion on **December 18, 2018** at **9:30 A.M.** at the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202.

    **SO ORDERED**.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |