# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

FILED
U.S. BANKRUPTCY COURT WDNC
JAN 22 2019
Charlotte Division, Clerk CCH

| | |
|---|---|
| In Re: | |
| ACE MOTOR ACCEPTANCE CORPORATION, | Case No: 18-30426<br>Chapter 11 |
| Debtor. | |
| ACE MOTORS ACCEPTANCE CORPORATION, | |
| Plaintiff, | Adversary Proceeding No 18-3036 |
| v. | |
| FLASH AUTOS, LLC<br>ROBERT MCCOY III<br>MCCOY MOTORS, LLC, MCCOY MOTORS, LLC d/b/a RIDE FAST;<br>ROBERT MCCOY JR. and MISTY MCCOY, | |
| Defendants. | |

**MOTION FOR ORDER OF DISMISSAL BASED ON DEFENDANT HAS NEVER HAD ANY FINANCIAL OR CONTRACTUAL DEALING WITH THE PLAINTIFF. COURT DATE TO BE BASED UPON PLAINTIFF'S ORIGINAL MOTION BUT I WOULD OBJECT TO ANY EMERGENCY MOTION. (RESPONSE TO DOCUMENT 153 OR ANY RELATED DOCUMENTS)**

1. The defendant Robert McCoy III has never had any financial or contractual dealings with Plaintiff and I don't believe any has or will be presented to this court other than non-factual conspiracy theories. Seeing as how the biggest burden is with the Plaintiff I ask this matter be dismissed with prejudice.

WHEREFORE, the Defendant prays that it be granted the relief set forth herein, together with other such relief as is just under the circumstances.

CERTIFICATE OF SERVICE

This is to certify that I this day served a copy of the attached, **MOTION FOR ORDER OF DISMISSAL BASED ON DEFENDANT HAS NEVER HAD ANY FINANCIAL OR CONTRACTUAL DEALING WITH THE PLAINTIFF. COURT DATE TO BE BASED UPON PLAINTIFF'S ORIGINAL MOTION BUT I WOULD OBJECT TO ANY EMERGENCY MOTION. (RESPONSE TO DOCUMENT 153 OR ANY RELATED DOCUMENTS)** via Clerk of Court via all parties or their attorney of record requesting notice and via the United States Post Office to the following:

This 22ND day of January, 2019.

LANG LAW FIRM
/s/ Kristin Harmon Lang
Kristin Harmon Lang, Esquire
North Carolina Bar No.: 20539
2439 Plantation Center Drive
Matthews, NC 28105
Phone: 704-907-2203
Fax: 704-847-1452
kharmonlang@gmail.com

THE HENDERSON LAW FIRM
/s/ James H. Henderson
James H. Henderson
State Bar No. 13536
1120 GREENWOOD CLIFF
Charlotte, NC 28204
Phone: 704-333-3444
Fax: 704-333-5003
henderson@title11.com

Respectfully submitted this 22nd day of January, 2019

*Robert B. Keats*

_/s/ Robert B McCoy III_
Robert McCoy III
11732 VILLAGE POND DR
Charlotte, NC 28278