# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |
|---|---|
| In Re: ) | |
| ) | Case No: 18-30426 |
| ACE MOTOR ACCEPTANCE ) | Chapter 11 |
| CORPORATION. ) | |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| | |
| ACE MOTORS ACCEPTANCE ) | |
| CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No 18-3036 |
| ) | |
| v. ) | |
| ) | |
| FLASH AUTOS, LLC | |
| ROBERT MCCOY III | |
| MCCOY MOTORS, LLC, MCCOY ) | |
| MOTORS, LLC d/b/a RIDE FAST; ) | |
| ROBERT MCCOY JR. and MISTY ) | |
| MCCOY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

*[FILED stamp: U.S. BANKRUPTCY COURT, WDNC, JAN 22 2019, Steven T. Salata, Clerk, Charlotte Division/CCH]*

## MOTION FOR ORDER TO INVOKE 5TH AMENDMENT RIGHT IN RESPONSE TO DOCUMENT # 153 (TO WHICH THERE IS NO COMPLAINT ATTACHED)

1. The defendant Robert McCoy Jr. invokes his Constitutional Right to take the 5th Amendment for any complaint that may be related to Document #153.

WHEREFORE, the Defendant prays that it be granted the relief set forth herein, together with other such relief as is just under the circumstances.

*[signature]*

## CERTIFICATE OF SERVICE

This is to certify that I this day served a copy of the attached. **MOTION FOR ORDER TO INVOKE 5TH AMENDMENT RIGHT IN RESPONSE TO DOCUMENT # 153 (TO WHICH THERE IS NO COMPLAINT ATTACHED)** via Clerk of Court via all parties or their attorney of record requesting notice and via the United States Post Office to the following:

This 22ND day of January, 2019.

LANG LAW FIRM
/s/ Kristin Harmon Lang
Kristin Harmon Lang, Esquire
North Carolina Bar No.: 20539
2439 Plantation Center Drive
Matthews, NC 28105
Phone: 704-907-2203
Fax: 704-847-1452
kharmonlang@gmail.com

THE HENDERSON LAW FIRM
/s/ James H. Henderson
James H. Henderson
State Bar No. 13536
1120 GREENWOOD CLIFF
Charlotte, NC 28204
Phone: 704-333-3444
Fax: 704-333-5003
henderson@title11.com

Respectfully submitted this 22nd day of January, 2019

_____
Robert McCoy Jr.
11915 John K Hall Way
Charlotte, NC 28277
Email: robmccoy@comporium.net