

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 18–03036

IN THE MATTER OF:

Ace Motor Acceptance Corporation
　　Debtor(s)

Case No.: 18–30426
Chapter: 11

Ace Motor Acceptance Corporation
　　Plaintiff(s)

vs.

McCoy Motors, LLC et al.
　　Defendant(s)

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion (Other) filed in the above referenced case on 12/20/2018 as document # 154 is defective for the reason(s) marked below:

　　Please Correct caption

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: January 22, 2019　　　　　　　　　　　　　　　　　　　　　　Steven T. Salata
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Electronically filed and signed (1/22/19)