UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re:<br>ACE MOTOR ACCEPTANCE<br>COPRORATION<br><br>　　　　　Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case no: 18-30426<br>Chapter 11 |
| ACE MOTORS ACCEPTANCE<br>• CORPORATION<br><br>　　　　　Plaintiff.<br><br>v.<br><br>FLASH AUTOS, LLC<br>ROBERT MCCOY III<br>MCCOY MOTORS, LLC, MCCOY<br>MOTORS, LCC d/b/a RIDE FAST;<br>ROBERT MCCOY JR. AND MISTY<br>MCCOY.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding No 18-3036 |

### ANSWER TO SUMMONS IN ADVERSARY PROCEEDING

1. The Defendant Misty McCoy hereby states that no response/answer is required for Document #153 in said Adversary Proceeding No. 18-03036 as no complaint was attached to said Summons.

WHEREFORE, the Defendant prays that it may be granted the relief set forth herein, together with other such relief as is just under the circumstances.

This the 22nd day of January, 2019.

_/s/ Misty McCoy_
Misty McCoy

CERTIFICATE OF SERVICE

This is to certify that I this day served a copy of the attached **ANSWER TO SUMMONS IN ADVERSARY PROCEEDING** via ECF to all parties or their attorney of record requesting notice and via the United States Post Office to the following:

Robert McCoy Jr.
11915 John K Hall Way
Charlotte, NC 28277
Email: robmccoy@comporium.net

Respectfully submitted this 22nd day of January 2019.

/s/ Kristin Harmon Lang
LANG LAW FIRM, P.C.
/s/ Kristin Harmon Lang
North Carolina Bar No.: 20539
2439 Plantation Center Drive
Matthews, NC 28105
Phone: 704-907-2203
Fax: 704-847-1452
kharmonlang@gmail.com