United States Bankruptcy Court
Western District of North Carolina

Ace Motor Acceptance Corporation,
    Plaintiff

Adv. Proc. No. 18-03036-jcw

McCoy Motors, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0419-3      User: williamsm       Page 1 of 1           Date Rcvd: May 07, 2019
                          Form ID: 143          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.
```
dft           +McCoy Motors, LLC,    3606 Highway 51,    Fort Mill, SC 29715-8351
dft           +Misty McCoy,    11915 John K Hall Way,    Charlotte, NC 28277-2855
dft           +Robert McCoy, Jr.,    3606 Highway 51,    Fort Mill, SC 29715-8351
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:
```
              David A. Luzum    on behalf of Defendant    Flash Autos, LLC dluzum@ebcmlaw.com
              David A. Luzum    on behalf of Defendant Robert   McCoy, III dluzum@ebcmlaw.com
              James H. Henderson    on behalf of Plaintiff   Ace Motor Acceptance Corporation
               henderson@title11.com,    ginny@title11.com
              Kristin Harmon Lang    on behalf of Defendant   McCoy Motors, LLC kharmonlang@gmail.com
              Kristin Harmon Lang    on behalf of Defendant Misty   McCoy kharmonlang@gmail.com
              Kristin Harmon Lang    on behalf of Defendant    McCoy Motors, LLC d/b/a Ride Fast
               kharmonlang@gmail.com
              Lex M Erwin    on behalf of Defendant Robert   McCoy, III lerwin@ebcmlaw.com,    csage@ebcmlaw.com
              Lex M Erwin    on behalf of Defendant    Flash Autos, LLC lerwin@ebcmlaw.com,    csage@ebcmlaw.com
              Matthew M. Holtgrewe    on behalf of Defendant Robert   McCoy, III mholtgrewe@ebcmlaw.com
              Matthew M. Holtgrewe    on behalf of Defendant    Flash Autos, LLC mholtgrewe@ebcmlaw.com
              R. Keith Johnson    on behalf of Creditor    Bank of New England rkjpa@bellsouth.net
                                                                                             TOTAL: 11
```



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 18−03036

IN THE MATTER OF:

    Ace Motor Acceptance Corporation            Case No.: 18−30426
        Debtor(s)                                              Chapter: 11

Ace Motor Acceptance Corporation
     Plaintiff(s)

vs.

McCoy Motors, LLC et al.
     Defendant(s)

# NOTICE OF TRANSCRIPT FILING
# AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**PLEASE TAKE NOTICE** that a Transcript from the hearing held on November 6, 2018 in the above−named case has been filed on May 6, 2019 .

If you object to the entry of the un−redacted transcript, you will need to file with the court a Notice of Intent to Request for Redaction within seven (7) days of entry of the transcript. Within twenty−one (21) calendar days of filing of the transcript to the clerk, a Notice of Redaction with a specific request for redaction noting the page numbers and line numbers where redaction is required.

Pursuant to Bankruptcy Rule 9037(a) Personal data identifiers may include, but are not limited to: social security numbers, taxpayer identification numbers, financial account numbers, and should be limited in description to the last four digits; individuals known to be minor children to the initials and date of birth. The notice must indicate the location of the personal data identifiers, including the page and paragraph numbers of the transcript where the personal data identifiers are located.

**NOTICE IS FURTHER GIVEN** that remote public access to the transcript is restricted for 90−days after filing. The transcript may be viewed at the Bankruptcy Clerk's Office. During this time if you wish to obtain a copy of the transcript, please contact the following transcriber:

Ilene Watson at 10110 Youngblood Lane, Fishers, IN. 46038, and (855) USE−ACCESS

At the end of the 90−day restriction period, if a redacted version of the transcript is NOT filed and if there are no redaction documents or motions linked to the transcript, the unredacted version will be made available via remote electronic access and at the public terminal for viewing and printing.

Dated: May 7, 2019                                                                                                                          Steven T. Salata
                                                                                                                                  Clerk of Court

Electronically filed and signed (5/7/19)